# UNITED STATES DISTRICT COURT
# FOR
# THE DISTRICT OF RHODE ISLAND

Norman Laurence Jr ET aL
High Security Inmates [illegible]

V CA no CA 08 109 ML

Ashbell T WALL 11 ET aL

## COMPLAINT

The plaintiff norman Laurence is Sueing The defendants For useing a policy That violates his constitutional rights By subjecting him To Electronic Surveillance Thats concealed within The Light Fixtures in The cells at High security center. This Electronic Surveillance allows The Main control center To OBserve me while doing Law work, urinating, deficating, its used To stalk me harass me, humiliate me and psychologically abuse me, its used For Gambling and Entertainment and To psychologically Evaluate me, To investigate me For alleged crimes. and its used To videoTape me, ITs Being used To investigate me and others For ALLeGed Fraud, The Main control center is ABuseing me with audio Electronic Surveillance, while IM in The

Library yard and in my cell The M.C.C. Listens and records My speech and others and Then Manipulates it To Turn everyone against me. Im Allowed Limited Library access. cells Are searched without us present. The District attorney and state police are useing High security as The I.M.H The Director and Superiors and authoritys Are deliberately indifferent with Malice They have Been aware OF my Abuse since 2001 and have conspired with attorney Michael Grant and defendants To conceal it while Im still Being Abused with Electronic surveillance. and Im Being denied my Access To courts This is Being Filed as a concealed cAuse OF Action By Means OF Fraud on my self and The court and As A Eighth amendment and privacy claim. Im challenging The conditions OF The Adult correctional center As un constitutional and That Ive Been subjected To A Limited status For 10 years As Im A Victim OF discrimination The actions OF A.T Wall superiors state police attorney General office reflects There reckless and callous indifference To my constitutional and statutory rights and Ive Been abused with a court ordered psychiatric report and Evaluation Tapes That Belong To me.

# Jurisdiction

1) This Honorable court has Jurisdiction over plaintiffs civil claim A 1983 U.S.C civil rights action Eighth amendment cruel and unusual Living conditions, treatment, punishment

2) IF This Honorable court will allow. This is Being Filed as a 1985 and 1985 (3) civil rights action con cealing a cause of action, and as a class action
[redacted]

# PARTies

3) plaintiff norman Laurence JR is incarcerated at High security Adult correctional inst.

4) plaintiff Inmates are incarcerated at the High security adult correctional inst [redacted]

5) Defendant Ashbellt Wall is Being sued in his official and individual capacity

6) Defendant Jake Gadsden the Assistant Director is Being sued officialy and Individualy

7) Defendant James weeden the warden is Being sued in his official and individual capacity

8) Defendant Donna collins is the Deputy Being sued in her official and individual capacity

9) Defendant Robert catlow is the chief of the special investigation unit sued in his official and individual capacity

10) Defendant District Attorney is Being sued cindy soccio in her official and individual capacity

11) Defendant Bill Begones is being sued in his official and individual capacity as S.I.U.
12) Defendant paul Mariorenzi is being sued officially and individually
13) Defendant Edward Gannon is being sued officially and individually
14) Defendant Gary Bouley is being sued officially and individually
15) Defendant Ex warden Walter whitman is being sued officially and individually
16) Defendant Avelinoe Duarte is being sued in his official and individual capacity
17) Defendant c/o WoJTanowsk is Being sued in his official and individual capacity
18) Defendant Michael Grant is being sued in his official and individual capacity
19) Defendant LT. Carol Getter is Being sued in her official and individual capacity
20) Defendant LT. GALAGAN is being sued in his official and individual CAPACITITY
21) Defendant c/o Greggory is being sued in his official and individual capacity
22) Defendant c/o danials is Being sued in his official and individual capacity
23) Defendant c/o Eddy SOUSA is Being sued in his official and individual capacity
24) Defendant c/o Dennette is Being sued in his official and individual capacity

25) Defendant c/o worden is being sued in his official and individual capacity
26) Defendant c/o Tierny is being sued in his official and individual capacity
27) Defendant William Gilbault is being sued in his official and individual capacity
28) Defendant ronald renshaw is being sued in his official and individual capacity
29) Defendant John douglas is being sued in his official and individual capacity
30) Defendant Brian dauray is being sued in his official and individual capacity
31) Defendant c/o spadoni is being sued in his official and individual capacity
32) Defendant Audrey Elman is being sued in her official and individual capacity
33) Defendant James Henry is Being sued in his official and individual capacity
34) Defendant Joseph Forgue is being sued in his official and individual capacity
35) Defendant Kim Mallett is being sued in her official and individual capacity
36) Defendant commander Eric croce is Being sued in his official individual capacity
37) Defendant commander steve pare is Being sued in his official and individual capacity
38) Defendant John perrotta is Being sued in his official and individual capacity
39) Defendant DR Friedman is being sued in his official and individual capacity

40) Defendant c/o McNulty is being sued in his official and individual capacity

41) Defendant Scott Tirrochi is being sued in his official and individual

42) Defendant Dr Barry Wall is Being sued in his official and individual capacity

43) Defendant security specialist Mr Bailey is being sued in his official and individual capacity

44) Defendant c/o Johanson is being sued sued in his official and individual capacity

45) Defendant John Lopez is being sued in his official and individual capacity

46) Defendant nurse cheryl Bailey is being sued in her official and individual capacity

47) Defendant c/o Belisle is being sued in his official and individual capacity

48) Defendant Louis ricci is being sued in her official and individual capacity

49) Defendant Patrick Lynch is being sued in his official and individual capacity

50) Defendant c/o Violonte is Being sued in his official and individual capacity

51) Defendant c/o Fennel is being sued in his official and individual capacity

52) Defendant c/o pierce is being sued in his official and individual capacity

53) Defendant c/o John doe renshaw is being sued in his official and individual capacity

54) Defendant c/o wood is being sued in her official and individual capacity

55) Defendant Michael Reynolds is being sued in his official and individual capacity

56) Defendant c/o Ventura is being sued in his official and individual capacity
57) Defendant c/o Habershaw is being sued in his official and individual capacity
58) Defendant c/o Donna Gracie is being sued in her official and individual capacity
59) Defendant c/o Rodriguez is being sued in his official and individual capacity
60) Defendant c/o Allard is being sued in his official and individual capacity
61) Defendant c/o Pacela is being sued in his official and individual capacity
62) Defendant c/o Clause is being sued in his official and individual capacity
63) Defendant c/o Leduc is being sued in his official and individual capacity
64) Defendant Charles North is being sued in his official and individual capacity
65) Defendant Tony Amaral is being sued in his official and individual capacity
66) Defendant c/o Brouillette is being sued in his official and individual capacity
67) Defendant c/o Bulockwa is being sued in his official and individual capacity
68) Defendant DR Roberts is being sued in his official and individual capacity
69) Defendant c/o Petty is being sued in her official and individual capacity as c/o as is all John Jane does and officers under color of state law

# ALLEGATIONS

70) on The department of Correction's had ELECTronic Surveillance installed in all The cells at High Security and concealed it From My self and inmates it was used To video Tape Me while in Acts of Masturbation and To investigate me For Alleged sexual Assault allegations. with The assistance of The State police and Mental Health. S.I.U The defendants released and passed around and used a court ordered psychiatric Evaluation To investigate me harass Torment and To Black mail and Extort me into Silence

71) From OCT 03 The defendants have denied There's cameras, surveillance, video Tapes audio Tapes photographs and A psychiatric report and Tapes in writing, Grievances, Request Forms and From March of 05 untill now have Lied under oath attempting To conceal all This From me and The court. while having psychiatrist's Tell me There is no cameras and mental health; while continuously Talking about what They ALLEGE To see me do, and ALLEGE To have me on video Tapes doing. The ACI defendants continuously Try To Black MAil me and Extort me From door Exits and From control centers as I pass by and From out side The Library

72) From ____ The District attorney Cindy Soccio Eric Croce and Steven Pare of The Rhode Island State police, DR Friedman Scott Tirrochi nurse Haley, nurse Cheryl Bailey, C/o Bouley, Gannon Mariorenzi, woJTTanowsk and DR Barry wall. have used High security and D Module as The IMH, I'M Laughed at and videotaped everyday. Ive oBserved The D Module split screen video Monitor and Ive Been ABused with DR walls psychiatric report, and my Evaluation Tapes That he claims he never released and wont Give me

73) From ______ cindy Soccio, A.T. WALL, STATE police S.I.U and all named defendants have used The Electronic surveillance and informants To Deny me Access To courts By useing Fabricated reports affidavits, incidents and interrogatories To commit Fraud on The court's and my self and perJury, with The Assistance of Michael Grant To conceal videoTapes and photographs while Attempting To Black mail and EXTort me with The Exposure of These Tapes and photos if I make Them open it up, MR Be-Gones opens and Tampers with my out Going Legal mail and he uses Fraudulent Tape recordings wrongfully dated For The Judges chambers, or so its ALLEGED

74) From ____ ALL Defendants and John and Jane Does have psychologically aBused me with Electronic surveillance

75) on 11/31/07 after sending a Law suit To The Library To be copied naming c/o duarte and others as defendants LT. Galagan and Duarte ordered my self and inmates To carry are Mattresses while in plastic restraints. duarte Said Thats all he was waiting For c/o duarte and clause at the orders of LT Galagan put Me in E Mod shower and left me in restraints That were cutting off My circulation For nearly an hour while officers Made Threats From The hall

76) on 11/31/07 while c/o duarte and clause were placing Me in my cell after it was searched without Me present Duarte made Threats To Me while c/o henry Tried To close The door on us Making me paranoid schizophrenic, Later I smashed My radio and wrote Cindy Soccio a Letter disrespecting c/o duarte

77) on 2/11/07 c/o duarte Took my radio and was kissing his biceps he harassed me all day Making Me paranoid schizophrenic Then he and c/o Ledvc came in my cell harassing me while c/o henry was Laughing c/o duarte booked me and LT. Galagan gave me 30 days

78) on 4/11/2/07 c/o Dennett, worden, and begones conspired To set me up and book me For a phone call I never Made Because I Told My Mom I was Gonna File A class action Law suit About The cameras and I Told her how c/o worden and c/o

78) Dennette cheated on there wives

79) From January 07 untill March 12 08 I was psychologically and sexually harassed and Tormented with ELECTronic surveillance thats in my cell, By The Main control center and The named defendants in This Law suit and Im harassed while doing Law work They Tell each other what Im writing and when its about them They use it To Tease one another They Make Bets about me and when They Lose They get Laughed at and Get Mad AT me and Then harass me while Entering or Exiting The Block or Try To intimadate me into changing what The Letter or Law suit say's

80) From January 07 untill March12 08 The Main control room officers c/o Bouley, Gannon, wojTanowsk, Mariorenzi, Dauray, Mellucci and John Jane does. superiors WATched me with ELECTronic surveillance From A Light Box within my cell 24 Hrs A day. and videoTaped me while doing Law work, writing Letters To The courts ect, IF I write on A piece of paper Tell so an so I said he's A shit head They will Tell him. Im Forced To deficate and urinate Knowing Im Being watched By people who hate me IF I dont let Them watch me urinate Im Accused of Masturbating, when I shower The Block officers accuse me of masturbating and The officers Fabricate storys To make me Look Bad.

81) From January 07 untill March 12 08 c/o Dennett and LT. Getter, c/o worden stopped me from Getting writing supplys By sending My store order. pads pens and Envelopes Back To The store, I was Forced To use EXTRA copys OF Transcripts as paper which They photographed and used against me To preJudice me and deny me Access To courts And S.I.U Cindy Soccio and STATE police are interfering with my out going MAIL To The courts

82) From January 07 untill March 12 08 The defendants in This Law suit have denied me mental Health Treatment and interfered with my Mental Health Treatment By not seeing me or By Telling me Im delusional and By standing out side The door doing SKITS so I can hear Them and when I complain They will use The psychiatrist As A witness That he did not hear This. They are slowly Torturing me

83) From January 07 untill March 12 08 Bill Begones interfered with me getting Lawcases From The Library and From The Law Librarian That pertained To cameras and ELECTronic Surveillance on OCT 9, 07 Jean marie Told me IT Took So Long For me To get my cases Because priscilla Jenisons overTime was cut, I Then heard her Tell c/o SousA That it was Bill Begones who interfered with me Getting My cases

83) and he gave her a hard Time and even opened My Mail To her, priscilla Jenison sent me numerous cases July and august of 07 That I had been requesting since January 07

84) on oct 9, 07 when Jean marie was expressing her concerns about me sueing her and Ms Jenison over begoneses conduct c/o sousa attempted To assassinate My character said I was watching him and his Family From my window. said I was Masturbating at My window he Told her a couple officers gave him The pass To have The Library post on one condition That he Make me Look As Bad as possible

85) on oct 9, 07 when Jean Told c/o sousa abouT a Letter I wrote To her But did not Mail and how I Blew her name Kisses, he Told her c/o douglas and others saw This Threw My window she Told him That she had her source's and That every one Talks about me and she Told him how she got in arguments with c/o Brouillette about me all The time

86) on oct 9, 07 c/o sousa Told Jean she could Get c/o Brouillette in Trouble For perjury he said The officers were all gonna say no To my questions and he suggested That she do The same she said The Best you'll Get From her is I dont recall He said That makes it True

87) on 10/9/07 c/o Sousa gave Jean credit For A paper I gave an inmate about cameras he Told her how he was stopping me From Taking LAW Books But was gonna Let Me Take Them again, He Told her no one is watching me Mastur bate That I do it Behind A Blanket, he said I put semen in My Mouth And They seen me Threw The window, she said iF he does it be hind a blanket how do you Know he puts it in his Mouth, he said I have Tell Tale sighns

88) on 10/9/07 AFTer Jean Laughed c/o Sousa out of G corridor For his Answeres under Further cross Examination Mr Sousa Told her how he and oFFicers were given an oppurtunity To watch me in Main control and Told To Make me Look as Bad as possible and how oFFicers Assassinated my character and he explained Bouley's Reinactments c/o Bouley and oFFicers would reinact and imatate what Im seen doing with there ELECTronic surveillance. To determine whether I masturbated under my blanket and whether or not I put semen in my Mouth. Sousa said he only watched me

89) on 10/9/07 c/o Sousa Told Jean how AFTer I sent That paper To an inmate down B Module That S.I.U. and c/o Bouley was threatening To Exspo se me with all There videotapes and That The state said your under oath saying there

89) is none we are gonna hold you to it. c/o Sousa Told Jean That They Said IF hes got his prick in his hand while Looking at a picture OF a Kid hes a diddler. He also said That Some of my pictures were Kiddy porn

90) on 10/9/07 c/o Sousa said c/o dimezza gave up his post because of me and that The Main control center not By name was watching me when I was in A Mod and They installed another camera so They could see what I was doing with my hands I heard Bill Begones speak of This as well. and c/o worden down E Mod

91) on 10/9/07 while Trying To manipulate Jean Marie c/o sousa explained how he could of Jammed up a couple of Teachers Earlyer For what They said when They passed By The Library pertaining To me and he Told her how I was seen with a Sock on my penis with Electronic Sur veillance. and That c/o Greggory seen my Ass and That he seen my penis move while I was Looking in my Locker and he Told her something That made her say, I Just Lost all respect For him I wish you wouldnt Tell me Things Like That I have To work with These people he said well you Better Get out of here Then dont Let him see you

92) From October 07 until March 12 08 c/o Sousa has retaliated against me for speech out of the presence of officers, my complaints about the Library and cause of my law suits and because I gave a inmate a paper about cameras and a case Clark v Taylor 710 F2d 4. He stopped me from taking law books from the library a privilege I had for 9 years and he told Jean they had a land mine, that they found semen on the books. Mr Sousa had Jean remove about a hundred F2d and ALR law books from the library and he uses his porter and former law clerk as reliable informants to fabricate incidents

93] From 2/11/08 c/o Douglas Pierce, Sousa, renshaw and defendants in this law suit worked together to stop me from getting my law work from the storge facility and to deny me copys that I needed to oppose a recommendation to dismiss a civil claim pertaining to prison conditions then on 2/15/08 my cell was searched with out me present and they intentionaly mixed about a thousand exhibits from state and federal court including court documents, psychiatric records all together. it took me 10 hrs to reorganize it. c/o Sousa, Brouilette, wood and others laughed at me, then the defendants had my cell under surveillance all week end. c/o Howard and c/o Violonte was watching my photo albulm c/o Violonte asked store workers I believe to witness something. The store workers were told I dont like illegal immigrants or alians

94) on 2/27/08 AFTer I received Honorable Judge HAGopians recommendaTion To dismiss My LAW suit. c/o renshaw while inside C conTrol said 70.000 That in response To A LeTTer I wroTe Mr PALomboThe previous evening. I was Then Laughed out of The building by c/o worden c/o rodriguez c/o Johanson KApLAn. and some one said I think rodriguez That my daTe For The nighT WAS The Food For The poor

95) on 2/28/08 c/o CoLLArd pASSed ouT MAiL My LAW work THAT C/o SOUSA hAd since 2/12/08 including ALBenZio DiMezzAS waiver and notice and c/o sousa on 3/4/08 and his porTer Messed up My copys and ExhibiTs and said I was all For My seLF

96) IM presenTLy Being Psychologically abused with The use of ELECTronic sensors THAT Are concealed with in The LighT Boxes in The cells, and By The LiSTening devices in The Library and yard THAT Are used To vioLATE My Freedom of Speech IM Forced To deFicATe Knowing IM Being wATched and Laughed AT and videoTAPed and IM harassed and TormenTed with The use of The DrwaLL TApes, I need help.

# CLAIMS

97) First Cause of action

The defendants in paragraphs 70 Threw paragraphs 96 violated My First and Fourteen Th amendments By committing defamation of character, painting me in a False Light with malice causing me mental anguish depression humiliation, nightmares stigma tization need For medication To sleep need For psychiatric Treatment, nervousness

98) Second Cause of Action

The defendants in paragraphs 70 Threw paragraphs 96 violated My First amendment To Freedom of speech Freedom of Thought There actions were Retaliatory with malice deliberate in difference causing me mental anguish depression humiliation, nightmares, stigmatization, need For medication and psychiatric Treatment and I Think its incorporated in my Fourteenth amendment

99) Third cause of Action

The defendants in paragraphs 70 Threw paragraphs 96 violated My First and Fourteenth amendment To Access of courts and There actions were retaliatory with malice making me mentaly ill causing me mental anguish nervousness depression need For psychiatric

99) Third Cause of action
Treatment and need For medication To sleep and They cause me mental and physical pain

100) Fourth cause of action
The defendants in paragraphs 70 Threw paragraphs 96 violated my and The High security inmates Fourth Eighth and Fourteenth amendments By denying us are right not To have unwanted Things done To our Bodys By subJecting us To 24 Hr ELECTronic video surveillance, videoTaping us useing The Tapes To humiliate, degrade demean me, sexually harass, Black Mail and EXTort me while Investigating me For alleGed Sexual assault and varios alleGed crimes SubJecting me To calculated harassment violating my right To Life, Liberty interest, due process, privacy rights of All inmates and are right To Be Free From cruel and unusual Living conditions punishment and Treatment and The D module inmates as well

101 Fifth cause of Action
The defendants in paragraphs 70 Threw paragraphs 96 violated my Eighth amendment By Telling me in writing and in court documents, under oath That Theres no cameras in my cell, no video Tapes or photographs or psychiatric report or Evaluation Tapes while continuously BlackMailing me with The Exposure of all The ABove if I TAke Them To court and if I MAke Them

101) Fifth cause of action
open it up. defendants in this claim have constantly Tormented me with what they claim to of seen me do in various cells throughout high security when I pass the control center. From door exits and from out side the Library knowing I have exceptional hearing and have continuosly taunted me with what they allege I told a Dr Barry Wall, causing mental pain depression

102) Sixth cause of action
The defendants in paragraphs 70 threw paragraphs 96 violated my Eighth amendment By denying me mental health Treatment audio taping me, violating confidentiality laws useing it to investigate me, and Laugh at me By not Letting me see mental health out of fear I'll make them a witness to my pain and suffering and By talking about me while I talk to mental health, psychiatrist causing me mental physical pain depression, humiliation Embarrassment stigmatization nervousness, nightmares medication to sleep. These claims, Injurys are for all there actions

103) Seventh cause of action
The defendants in paragraphs 75, 76, 77, 78, violated my right to due process, and Eighth amendment By fabricating evidence, Bookings, harassing me, to make me schizophrenic. and for giving me segregation and Loap Loss of phone privileges

# RELieF Being REquested

104) The plaintiff is Requesting one hundred dollars a day For being Abused Tormented and victimized By Electronic Surveillance and compensatory DAMAGES From The STATE of Rhode Island in The amount of 500.000 As The defendants Acted under color of STATE LAW

105) The plaintiff is Requesting 500.000 in punaTive damages For This nightmare That never Ends From The STATE of Rhode Island Because The defendants acted under color of STATE LAW with never ending Malice

106) The plaintiff is Requesting compensatory damages From Each individual defendant and punative damages From Each individual defendant Found culpable.

I ASK For A Jury Trial, and To be awarded The costs of prosecuting This claim. and any other relief The court MAy deem -and any relief or damages The court May Find in Favor of The High security inmates. and That The Electronic Surveillance Be Removed As its used To view my self and in MATES AT all points of The cell and its used To video TApe while doing Legal work and while MasTurbating

3/18/08 Respectfully
Norman Lawrence Jr
3/12/08

CERTIFICATION

I hereby certify I will serve all Defendants Ashbell T wall, Jake Gadsden, James weeden, Donna collins Robert cat Low cindy Soccio Bill BeGones Paul Mariorenzi Edward Gannon Gary Bouley Walter whitman Avelino eDuarte c/o wo JTanowsk Michael Grant Carol Getter LT Galagan c/o Greggory c/o danials c/o eddy sousa c/o Bennette. c/o worden c/o Tierny c/o william Gilbault ronald renshaw John douGlas Brian dauray c/o spadoni Audrey Elman James Henry Joseph Forgue Kim Mallett Eric croce Steve pare John perrotta Dr Friedman. c/o Mcnulty Scott Tirrochi Dr Barry wall Mr Bailey c/o Johanson John Lopez nurse cheryl Bailey c/o Belisle Louis ricci, patrick Lynch c/o violonte c/o Fennel c/o pierce c/o John doe renshaw c/o wood Michael Reynolds c/o ventura, c/o habershaw c/o Donna Gracie c/o Rodriquez c/o Allard c/o pacela c/o clause c/o leduc charles North Tony Amaral c/o Brouilette c/o Bolockwa DR Roberts c/o petty

respectfully
Submitted Norman Lavigne
3/18/08

I sent Defendant A copy on ______