7

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V

CA No. CA 08 109 ML

Ashbell T Wall

## Motion To Have U.S. Marshal Serve defendants with civil suit Rule 4 c(3)

Rule 4 states that on or after filing a complaint the plaintiff may present a summons to the clerk for signature and seal. If the summons is properly completed, the clerk must sighn, seal and issue it to the plaintiff for service on the defendant. A summons or a copy of a summons that is addressed to multiple defendants must be issued for each defendant to be served and under Rule 4 c(3) The court may order that service be made by a united states Marshal or

deputy Marshal or By a person specifically appointed by The court. The court must so order if The plaintiff is authorized To proceed in Forma pauperis 28. U.S.C 1915. The plaintiff norman Laurence moves This Honorable court To have A U.S. Marshal or other with accordance To rule 4 provide service on the defendants. plaintiff has Been Trying To sue defendants For Torturing him with Electronic service only To have his complaint dismissed For violating rule 8. And Then recomended For dismissal For Failing To serve defendants. The defendants are refusing service. I There Fore ask To Be Granted Forma pauperis and To have The defendants served with A summons and a copy of The complaint

Where Fore I pray This motion will Be Granted

Respectfully
Submitted
norman Laurence

3/18/08 3/12/08