158

UNITED STATES DISTRICT COURT
For
The DISTRICT OF Rhode ISLand

Norman Laurence

CA no

CA 08 109 ML

V

Ashbell T Wall II ET al

MOTION FOR RELIEF

now comes The plaintiff in This above Matter and moves This Honorable court To Grant him Forma pauperis For Filing This civil claim and For service of process. Plaintiff avers a plaintiff only need To STATE a claim For which Relief can Be Granted, Hes a STATE prisoner Being ABused By defendants with ELEC Tronic surveillance, and with psycho Logicall Mind Games Hes subjected To cruel and unusual Living conditions Thats violating his Fourth, Eighth and Fourteenth amendment constitutional Rights not To have unwanted and dangerous Things done To My Body

IM videoTaped. and since 2003 Have Been SubjecTed To ruses and SKITS as To whether My son is The Boy who was Killed MAY 13, 14, 15, 2001, This is TAKing A Toll on me IM EXTremely depressed and SUFFering not only From This But From The constant Electronic surveillance Thats used To control me, IM in A cell watched every second and They use This Advantage To harass and humiliate me To Assassinate My character. They Tell everyone FABricated Storys To Embarrass and humiliate me and They Try To EXTORT And BLACKMAIL Me, while IM doing Law work will Try and control what I write, IM watched and Listened To with The use OF Electronic surveillance and They use This To Turn people against me IM suffering From cruel and unusual Living conditions and Treatment and it effects All The inmates As its in All The cells,

where Fore I pray This will Be Granted

Respectfully

Norman Lawrence Jr

# United States District Court

DISTRICT OF

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CA 08 109 ML

I, Norman Laurence JR declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant ☐ other

in the above–entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☑ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration Adult correctional institutions

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☑ Yes ☐ No

   a. If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give the name and address of your employer.

   JAMES HABershaw ABout 45.00 A Month

   b. if the answer is "No" state the date of your last employment, the amount of your take–home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self–employment ☐ Yes ☐ No
   b. Rent payments, interest or dividends ☐ Yes ☐ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☐ No
   d. Disability or workers compensation payments ☐ Yes ☐ No
   e. Gifts or inheritances ☐ Yes ☐ No
   f. Any other sources ☑ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

   I receved 30.00 A month since I think OCT 07 And I Get Money From FAMILY

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount. ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value. Burial plot in N.H. ~~[illegible]~~ To Be Buried

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I pay a lot of money for copys and postage defending my self in state court and Federal court

I declare under penalty of perjury that the above information is true and correct.

3/12/08 — Norman Lawrence JR

DATE — SIGNATURE OF APPLICANT

I owe 1800 in copys and just ordered a store order so actualy I have 100.00 Frozen account

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 126.20 on account to his/her credit at (name of institution) Adult correctional institution. I further certify that the applicant has the following securities to his/her credit: none ____________. I further certify that during the past six months the applicant's average balance was $ 61,00.

I wrote date ↓

3/12/08 — Maria Garombo

DATE — SIGNATURE OF AUTHORIZED OFFICER