**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE**

**v.** **C.A. No. 08-109 ML**

**A.T. WALL**, et al.

**O R D E R**

Presently before the Court is the motion of the *pro se* plaintiff wherein he seeks to have the U.S. Marshals Service effect service on the named defendants pursuant to Federal Rule of Civil Procedure 4(c). Said motion is **DENIED** without prejudice. Plaintiff is directed to serve each defendant with a copy of the complaint, a summons and a waiver of service form via interdepartmental mail, for those defendants employed by the ACI, and via regular first-class mail to each other defendant. If plaintiff is unsuccessful, plaintiff may re-file the instant motion.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 1 April 08