Dear Mr David A DiMarzio 5/14/08

This 4 page report Addressed to commander Steve pare of the Rhode Island State police is a copy for Honorable Judge Hagopian for CA no 08-109 ML

I Filed a 22 page civil claim as a class action, it was never certified and it wont Be Ive decided the High security inmates have no case, my civil suit CA no 08-109 ML only pertains to me, the inmates disrespected my son one to many times and quite Frankly I think All But a Few are committing Fraud, I have nothing use Full that will help inmates I dont Like Being called a child molester And Ill let the State play every tape in open court, theres no tapes of High security inmates.

Thank you

Respectfully
Norman Lawrence Jr

0 45 SO W 03 On

FILED

1-4

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Commander steve pare DATE: 5/14/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Due To The behavior, Actions, and words of certain inmates and The constant harassment and innuendoes and pettifile inferences, and psychological mind games by inmates its a conflict of interest to have Them a partie to my class action law suit. They will have to file there own law suit, The inmates will

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: B 4

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

not stop talking about my son They Took my kindness for weakness. I dont need Them, I never needed Them and I wash my hands with Them and a copy of This will be sent To Honorable Judge Hagopian

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

**S - 10**

2

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Commander Steve Pare DATE: 5/14/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) The Things That They SAY ABOUT My son And I Are repulsive and reflect on there character Exspecialy The Man in B6. while defending my self ABOUT how my son WAS pointing OUT Semen STAINS The inmate Known AS NUTS B6 SAid The Apple dont FAll FAr From The tree ha? using inmates AS A

INMATE NAME ________ I.D.# ________

WORK ASSIGNMENT: ________ CELL NUMBER: ________

H.S.C. ________ MAXIMUM ________ MEDIUM ________ MINIMUM ________

WOMENS ________ I.S.C. ________ WORK RELEASE ________

Sound Board. cris RoFFo has said how some one showed him a letter THAT I wrote and also John Mora SAid I Told SIU he threw A BAll AT Me. Ive learned A couple Things From The inmates But MOST OF iT is old news

WING OR DETAIL OFFICER'S COMMENTS: ________

OFFICER'S SIGNATURE ________

**Disposition of Case**

RESPONSE: ________

SIGNATURE ________ TITLE ________ DATE ________

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10

3

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Commander Steve Pare DATE: 5/14/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I'm Treated The SAME now AS I WAS Since 2001 and 2003 only now I Know my Son is in FACT ALive. I CANT Go in p.c. So I'll STAY right here. From here on in I'm under cover. The inmATES have MAde me need The correcTional officers and STATE police To prove Ive never done nothing To my Son

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER:

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

or his photos. The STATE police S.I.U And GreTchen have All I need. And Yo douGlAS SAid My hands never went below my WAIST in 98. A poly GrAph and or hypnosis will clear me of This and Unsolved Murders

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S - 10

4

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Commander Steve Pare DATE:

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) And please believe this is not a trade off, my legal Education and common sense tell me the defendants have all I need if they would only allow me to explain how my mind works, I would of went all out for the inmates, out of spite, this is all out of spite and good will, I no longer have good will for people

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: 63325

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

who disrespect my son, and I cant spite my self the defendants can give me more then inmates, and I cant turn a blind eye to that because a correctional officer spray painted graffi on my sons school steps

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE: I'm not impersonating a officer I'm writing this out of duress I cant send this out like this cause everyone tells the inmates everything. I feel pretty good about clause

Norman Laurence Jr

SIGNATURE TITLE DATE 5/14/08

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

cc/copy
Honorable J Hagopian

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10