PAGE 1-3 DATED 5/13/08

Dear Mr David A DiMarzio 5/15/08

CAN you please show this to the Judge and Docket it

Thank you

Sincerly
Norman Lawrence Jr

1

CA 08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Doug Newberg DATE: 5/13/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Did The STATE police put Cris Roffo here so he could Tell people how he BAD MOUTHS me To My son or did SIU place him here, Mr Roffo is A Ambulance Chaser. My son is Around Junkys Thieves all walks of Life And Told Lies ABOUT Me some scum BAG wrote some GRAFFITi on my sons school. I heard MS

INMATE NAME Norman Lawrence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: B4

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

Soccio speak of This, also I hear some one From here did iT. I hope There proud, Ive received Threats From A C/o if I make A Fool of him he will make A Fool of me and infered he will use My

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE: On 5/15/08 nurse Bailey came to my door window Faceing me holding The medicine cup when I Took iT my Finger Barely Touched her Finger when she left The Block I watched her I Think she may of said she hopes I get my Face punched in she hates my Guts and Bes nice and negative. Threats to me next All

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

5/15/08 C/Honorable Judge Hagopian

DISTRIBUTION: 3KIPS

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10

2 CA 08-109ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: DOUG newberG DATE: 5/13/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Sons photos To do so I will not be black Mailed I CANT Be. Exspecially pertaining to My Son, I'M now Being ASSASSinATed here so the c/os can corroborate the other Blocks, while eating and hearing inMATES TAlk ABout Me My Son, DOGS, A c/o AllArd SAid ThAT didnT come From A psychiaTric

INMATE NAME norman LAurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: B4

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

report, it could of been Johanson There were so MAny voices I GeT confused, I'M one person against All Everyone is AGAINST Me I cAnT report who or whAT cause They will Tell

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION: 5/15/08 5/15/08 c/ Honorable Judge HAGopian

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10

3 CA 08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Doug newberg DATE: 5/13/08

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) ITS unbelievable What The inmates Know The ACI Guards ABused me used me coerced me Tricked me manipulated me into Believing Id Be Taken care of. Im Subjected To Threats And Black mail, wispers and That Id Be left out side To Get my Face punched in if I

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: CB4

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

make A Fool of them, To help Guards would be infered I did Something wrong To my son or his photos Ill Take the Beating From The inmates Theres Electronic Surveillance in cell B4 To I Knew First Thing 5/3/08 less Then 24 Hrs

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE: Today is 5/15/08 The details of This mornings mail To commander Steve pare Doug newberg And Honorable Judge Hagopian is known To inmates I did not Breath one word And I did not Go To the yard passed no notes no signals

SIGNATURE TITLE DATE

Im Accused of Accusing inmates of Fraud

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

YA They I Imitate How The Officers C/Honorable Judge Hagopian Treat me

DISTRIBUTION:

5/15/08

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10