1-3

UNITED STATES DISTRICT COURT
FOR
The DISTRICT OF Rhode ISLand

norman Laurence JR ET aL

CA 08-109 ML

V

AShbel T WALL II ET aL

# MoTion To AMend COMPLAINT

The plaintiFF norman Laurence Moves This Honorable CourT To Allow him To Amend said complainT To Ad defendanTs ThAT were LeFT OFF The complainT due To MisTake and he needs To do So BeFore June 2008 To Avoid The STATUTE OF LimiTaTions, These defendants Shall Be Added To The COMPLAINT THAT was Filed on 3/24/08 and GranTed on Aprils Fools DAY, with all due respect Scott V Eversole Mortuary 522 F2d 1110 (9Th cir 1975 Rule 15(a) applies where plaintiFFs expressly requested To amend even Though Their request was not contained in a properly captioned motion paper. Breier v northern california Bowling proprieTors Assn 316 F2d 787, 789-90 (9Th cir 1963 we held That Leave To amend should be granTed iF under lying FacTs

provide proper grounds For relief or if The complaint can be saved by amendment Leave To amend should be granted if it appears at all possible That The plaintiff can correct The defect. civil Rule Fed.R.civ.P 15(a) which requires That even where amendment is not a Matter of right Leave To amend shall be Freely granted when Justice so requires

On PAGE 3 is The defendants I hope To Ad To My complaint, And I Allege The Same allegations, same causes of actions and I Respectfully Request The same Damages and relief. and The Same Jury Trial and I Request The Same costs For prosecuting This CLAim

I have correctional officers calling me a diddler, childmolester and Telling This To inmates, So This is The Best I can do as My Mental energy is being separated and drawn From all different directions. and its being done intentionaly as They Know IM A paranoid Schizophrenic, where Fore I pray this Motion will Be Granted

Respectfully Submitted

# Parties

1) Defendant William Rossi is being sued in his official and individual capacity

2) Defendant Cristian Torres is being sued in his official and individual capacity

3) Defendant Steven Calise is being sued in his official and individual capacity

4) Defendant Scott Oliver is being sued in his official and individual capacity

5) Defendant Robert Langlois is being sued in his official and individual capacity

6) Defendant Captain Arnold Anderson is being sued in his official and individual capacity

7) Defendant Captain Barbara Headen is Being sued in her official and individual capacity

8) Defendant Pearlene Mangum is being sued in her official and individual capacity

Plaintiff moves this Honorable Court to allow this amendment and allow him to use these defendants for the same claims in Norman Laurence JR ET. aL High security inmates v Ashbel T wall ET aL

Respectfully
Submitted
Norman Laurence JR