UNITED STATES DISTRICT COURT
For
The DISTRICT OF Rhode ISLand

norman Laurence JR ETaL

CA 08-109 ML

V

Ashbel T wall II ET aL

Motion For court order To have Inmates answere a court ordered Deposition

now comes plaintiff norman Laurence and moves This Honorable court To allow him To have Inmate Edson Toro a High security inmate answere questions., Inmate Mark pine a High security inmate Thats in protective custody Inmate Mat pALMer a High security inmate Inmate ricky Mims A High Security inmate and Inmate Timmothy nicholson and Inmate Cris RoFFo, These Depositions are needed To prove That Im Being psychologically and mentally abused By inmates and correc Tional OFFicers. That Im watched 24 HRS a day By The use OF ELECTronic surveillance and That Im ABused with a court ordered

psychiatric Report. Ive been Trying To get in To Federal Court For sometime and have been stone walled By ACI defendants. At The present Time Im Being psychologically ABused and This is all a result of correc Tional officers video Taping me and photo graphs depicting me in my cell Being sent To Gretchen nelson. The A.C.I will not help me, The state police will not help me, The attorney general office will not help me, and The STATE Court will not help me, I need To save my self From This situation. Federal court is my only alternative. I need proof, disputing Facts I need To ask inmates under oath, This needs To happen now To save my mental well being. By The Time The A.C.I defen dants except service and Im allowed due process it may be To late people maybe gone, wherefore I pray This motion will be Granted

Respectfully
Submitted
Norman [signature]
5/18/08