**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance in this civil action for and on behalf of Defendants, Ashbel T. Wall, II, Jake Gadsen, James Weeden, Donna Collins, Robert Catlow, Cindy Soccio and Michael Grant, in the above-captioned civil action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*
______________________________
Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

CERTIFICATION

I, the undersigned, hereby certify that a copy of the within Entry of Appearance was mailed, postage prepaid, on this 21st day of May, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*