B

United States District Court
For
The District of Rhode Island

Norman Laurence

CA. 08-109 ML

V

Ashbell T Wall et al

Motion To amend

Plaintiff norman Laurence in This Above Matter sent This Honorable court A Motion To amend and Defendants Scott oliver cristopher Torez pearlene Mangum, Arnold anderson BarBara Headen, Robert Langlois, william Rossi I ASK To have These defendants added To The civil claim, I sent The Court a legal argument, I was not allowed copys By The library officer so if its approved I have no copy This is The defendants I need added To The civil claim Before The statute of limitations runs out June 08 where fore I pray This Motion will be Granted

Respectfully Submitted 5/22/08
NL 5/27/08

Dear Michael Grant 1-~~3~~ 4 pages 5.20.08

Ive heard officers say That you have interrogatories That They answered Two years ago, and That you asked me if I wanted Them when we spoke on The phone last summer. I dont recall your exact words except For your claim That you did not get Them, IF you have interrogatories pertaining To Laurence V ashbel T wall. 03-6046 I would Like Them.

As of This date I have served cheryl Bailey, c/o WoJTanowsK, Gannon, Bouley. A.T. wall Johanson, renshaw, you, Sousa, ricci, warden weeden, Begones, Fehnel, Forgue. Eric croce, cindy Soccio, Belisle, dauray, Audrey Elman, Robert catlow Deputy collins, LT galagan, Scott Tirrochi, security Specialist Mr Bailey, Mr Gadsden Dr Friedman c/o danials, clause, 29 people. I would not be suprised To hear That you did not get yours, or That MS Elman or cheryl Bailey did not get theres if so please Tell me and Ill serve you or Them again. I provided each defendant with 2 waivers and a notice as well as a self addressed Envelope, except For Mr croce and MS Soccio I provided Them with a self Addressed stamped Envelope

I want To let you and The courts know Im still being harassed and watched with

ELECTRONIC surveillance, and That They watch me do Law work, and write letters To The courts while I'm at my desk in B mod cell 4 and That I'm not a willing participant To This activity I dont Enjoy it or Find it Fun.

I Believe Turner v Safely applies To This situation and That The D.O.C could weld A Bar on The inside of The window and That it would actually save The D.O.C Money As officers go on I.O.d Because of what I'm heard saying and because of what I'm seen writing with Electronic surveillance.

Most Importantly after hearing inmates say They were not gonna Lie For anyone under oath because of The Fact The Library and yard are Tape recorded. Ive heard a correctional officer Tell a inmate There are no Tapes. Starting Two Months ago Ive observed c/o Tierny appear on The roof Telling Two men all right guys I wanted you To put Faces with The voices, I observed c/o renshaw c/o Trindad and c/o Sousa on The roof as well up above The court yard, There intention was To let my self and inmates see Them, its my position That officers are Trying To Intimadate and Manipulate Inmate witnesses in To not cooperating when I Ask Them questions under oath and The officers are

3

Trying To Make The inmates believe There are no Tapes, so The inmates wont Feel compelled To Tell The Truth. I also need To say The in Mates have responded differently and said IM not commiting perjury For anybody IM not Lieing, all your gonna get From me is I dont recall and MOST have commented how Theres TAPES. The inmates seem Scared

The Last Few weeks The OFFicers have Said and done Things To Make inmates Believe what They said and done is True only To let Them hear or see Later That it was a ruse. There doing This To Attempt To Make inmates Think, That They have been doing This all along They are attempting To Tamper and Manipulate witnesses, yester day The OFFicers Knew The contents of The Envelope addressed To Honorable J. Hagopian and inmates Knew I had stated There names asking For A deposition I had no copys Made. and as of 5/26/08 IM still Being harassed, Sexually harassed and Tormented By The inmates, correctional officers and with Electronic Surveillance with all due Respect.

cc/ Judge hagopian
cc/ Norman Lawrence
cc/ C.L.U. IM sending out My photos due To Abuse and Torture

Respectfully Submitted [signature] 5/27/08