Dear Honorable Judge Hagopian 5/29/08

on 5/22/08 I sent you a motion to amend. it was the second motion, and I'm now sending another. prior to this I mailed you a motion to amend with a legal argument. with all due respect can I please have the following names added to Norman Laurence v Ashbell T Wall et al CA 08-109 ML

Scott oliver
Cristopher Torez
pearlene Mangum
Arnold anderson
BarBara Headen
Robert Langlois
william Rossi
Richard Blane
Claude Burdick
Kevin Manning
Alfred Zannini
Sandy Smoot

RECEIVED
JUN 02 2008
Property of U.S. District Court
District of Rhode Island

I ask they be added as defendants and I aver the same allegations and request the same damages Jury Trial and costs. I need to amend these names before the statute of limitations expires with all due respect I pray this will Be Granted

respectfully
submitted
5/29/08 Norman Laurence /s/

2

UNITED STATES DISTRICT COURT
FOR
THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

CA 08-109 ML

RECEIVED
JUN 02 2008
Property of U.S. District Court
District of Rhode Island

V

ASHBEL T WALL ET AL

MOTION TO AMEND 5 DEFENDANTS

NOW COMES NORMAN LAURENCE THE PLAINTIFF AND I APOLOGIZE FOR THIS, BUT I NEED TO AMEND ONE LAST TIME, I NEED TO AD CLAUDE BURDICK AND RICHARD BLANE TO THE ABOVE CIVIL CLAIM I AVER THE SAME ALLEGATIONS AND REQUEST THE SAME DAMAGES, JURY TRIAL AND COSTS. I NEED TO AMEND THIS AS THE ~~for~~ STATUTE OF LIMITATIONS EXPIRE FOR MR BLANE ON JUNE 6, 08. WITH ALL DUE RESPECT THANK YOU JUDGE, ALSO KEVIN MANNING AND ALFRED ZANNINI

5 NAMES RICHARD BLANE
CLAUDE BURDICK
KEVIN MANNING
ALFRED ZANNINI
SANDY SMOOT

RESPECTFULLY SUBMITTED

Norman Laurence

B

United States District Court
For
The District of Rhode Island

Norman Laurence

CA. 08-109 ML

V

Ashbell T Wall et al

Motion To amend

Plaintiff Norman Laurence in This Above Matter sent This Honorable court A Motion To amend and Defendants Scott oliver cristopher Torez pearlene Mangum, Arnold anderson BarBara Headen, Robert Langlois, william Rossi I ASK To have These defendants added To The civil claim, I sent The court a legal argument, I was not allowed copys By The library officer so if its approved I have no copy This is The defendants I need added To The civil claim Before The statute of limitations runs out June 08 wherefore I pray This Motion will be Granted

Respectfully Submitted 5/22/08

N L