**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**ENTRY OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance in this civil action for and on behalf of Defendants, A.T. Wall; Michael Grant; Patrick C. Lynch; Cindy Soccio; William Begones; Paul Marioererizi; Edward Gannon; Gary Bouley; Avelino Duarte; C/O Wojtanowsk; Lt. William Galligan; C/O Michael Daniels; C/O Eddy Sousa; C/O Dennett; C/O Worden; C/O Michael Tierney; William Gilbault; Ronald Renshaw; John Douglas; Brian Dauray; C/O Spadoni; James Henry; Kim Mallett; John Perrotta; C/O McNulty; Scott Tirocchi; Security Specialist Mr. Bailey; John Lopez; Nurse Cheryl Bailey; C/O Belisle, Louis Ricci; C/O Violante; C/O Fehnel; C/O Wood; C/O Ventura; C/O Habershaw; C/O Donna Gracie; C/O Rodriguez; C/O Allard; C/O Pasela; C/O Klause; C/O Leduc; Charles North; Tony Amaral; C/O Brouilette and C/O Petty ("Defendants"), in the above-captioned civil action.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Entry of Appearance was mailed, postage prepaid, on this 16th day of June, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*