**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**MOTION TO DISMISS**

Now come Defendants, Jake Gadsen, James Weeden, Donna Collins, Robert Catlow, Patrick Lynch and Michael Grant ("Defendants"), and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the Complaint filed in this civil action by Plaintiff, Norman Laurence ("Plaintiff" or Laurence"), for failure to state a claim upon which relief can be granted. In support, Defendants submit the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that this Motion to Dismiss be granted, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion to Dismiss was mailed, postage prepaid, on this 16th day of June, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**vi.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

## INTRODUCTION

This Memorandum of Law supports Defendants', Jake Gadsen, James Weeden, Donna Collins, Robert Catlow, Patrick Lynch and Michael Grant ("Defendants"), Motion to Dismiss to dismiss the Complaint ("Cpt.") filed in this civil action by Plaintiff, Norman Laurence (”Plaintiff" or Laurence"), for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth, these Defendants respectfully submit that the Complaint fails to state a claim against any and all of them and, therefore, should be dismissed.

## LAURENCE'S COMPLAINT

Laurence has file a 22 Page, 106 Paragraph Complaint ("Cpt.") , naming 65 defendants and setting forth numerous and diverse allegations. This pro se Complaint, fairly read and liberally construed, contains the following, central allegations:

- Laurence and his cell are subject to electronic surveillance and videotaping concealed within the light fixture.
- Laurence is subject of a psychiatric/psychological report that is being used against him.
- Laurence is being denied access to the courts.
- Laurence is being abused and harassed by numerous, named defendants.

Laurence makes no allegations whatsoever as against Defendants, Jake Gadsen, James Weeden, Donna Collins, Robert Catlow and Patrick Lynch. See Complaint.

As to Defendant, Michael Grant, Deputy Chief Legal Counsel, R.I. Department of Corrections ("DOC"), Laurence alleges that defendants "conspired with" Grant (Cpt., p.2.). Laurence also alleges that, during a time frame left blank, Grant assisted defendants in "us[ing] the electronic surveillance and informants to deny [him] access to courts by using fabricated [documents] to commit fraud … and perjury … [and] conceal[ing] videotapes and photographs while attempting to blackmail and extort him… ." (Cpt. p. 9). Thus, according to Laurence, Grant engaged in a "conspiracy" with defendants and assisted defendants in violating his constitutional rights.

**ARGUMENT**

Federal civil procedure requires a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. Rule 8 (a). Conley v. Gibson, 355 U.S. 41, 47, 78 S. Ct. 99, 103 (1957) has long stood for the proposition that a pleading must "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Notwithstanding the fact that Laurence is pro se, his Complaint sets forth no allegations whatsoever against Defendants, Jake Gadsen, James Weeden, Donna Collins, Robert Catlow and Patrick Lynch. Therefore, Laurence's Complaint fails to state a claim against these Defendants.

With the glaring absence of any supporting factual allegations or even a citation to 42 U.S.C. Section 1985, Laurence alleges that Michael Grant, a DOC attorney for approximately two decades, was involved in "conspiracy," "fraud" and "perjury." Thus, Laurence's Complaint violates Fed. R. Civ. P. Rule 9, which requires that "all averments of fraud … shall be stated with particularity." Moreover, based on the teachings of this Court in conspiracy cases filed by

prisoners, Laurence's bald allegations simply fail to state any viable conspiracy claim against Grant. See Evora v. Wall, 2007 WL 779586 (D.R.I. 2007), Hewes v. Wall, 2003 WL 751027 (D.R.I. 2001) and Austin v. R.I. Dept. of Corrections, 2001 WL 1136101 (D.R.I. 2001). For these reasons, Laurence's Complaint against Defendant, Michael Grant, should be dismissed.

**Respectfully, the undersigned attorney of record highlights the fact that, today, forty-five (45) named Defendants filed an Answer to Laurence's Complaint. Accordingly, this civil action shall proceed as against said Defendants. However, the instant Defendants have no proper place it this litigation and should be dismissed.**

## CONCLUSION

For the reasons set forth, the Rule 12(b)(6) Motion to Dismiss filed by Defendants, Jake Gadsen, James Weeden, Donna Collins, Robert Catlow, Patrick Lynch and Michael Grant, should be granted; Laurence's Complaint against these Defendants should be dismissed; and the Honorable Court should grant such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Memorandum of Law in Support of Motion to Dismiss was mailed, postage prepaid, on this 16th day of June, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*