**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**ANSWER**

Now comes Defendants, Ashbell T. Wall; Patrick C. Lynch; Cindy Soccio; William Begones; Paul Mariorerizi; Edward Gannon; Gary Bouley; Avelino Duarte; C/O Wojtanowsk; Lt. William Galligan; C/O Michael Daniels; C/O Eddy Sousa; C/O Dennett; C/O Worden; C/O Michael Tierney; William Gilbault; Ronald Renshaw; John Douglas; Brian Dauray; C/O Spadoni; James Henry; Kim Mallett; John Perrotta; C/O McNulty; Scott Tirocchi; Security Specialist Mr. Bailey; John Lopez; Nurse Cheryl Bailey; C/O Belisle, Louis Ricci; C/O Violante; C/O Fehnel; C/O Wood; C/O Ventura; C/O Habershaw; C/O Donna Gracie; C/O Rodriguez; C/O Allard; C/O Pasela; C/O Klause; C/O Leduc; Charles North; Tony Amaral; C/O Brouilette; C/O Petty ("Defendants"), and hereby answer the Complaint filed in this civil action by Plaintiff, Norman Laurence ("Plaintiff" or "Laurence"), as follows:

Pages 1-2 of Plaintiff's Complaint are introductory in nature and no responsive pleading is required thereto; if deemed required, Defendant denies the allegations contained in Pages1-2 and leave Plaintiff to his proof thereof.

**JURISDICTION**

1. Paragraph 1 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof.

2. Paragraph 2 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendants deny the allegations in Paragraph 2 and leave Plaintiff to his proof thereof. Defendants deny that this is a lawful and proper class action. Defendants oppose any allegation or claim that this is a lawful and proper class action.

## PARTIES

3. Paragraph 3 is admitted.
4. Paragraph 4 is denied and it is further denied that this is a lawful and proper class action. Defendants oppose any allegation or claim that this is a lawful and proper class action.

Paragraphs 5-69 as set forth on Pages 4-7 of the Complaint are admitted only as to the answering Defendants. Further, it is expressly denied that they are proper party Defendants in their respective, individual capacities. As to any and all additional putative or supposed Defendants; i.e., persons named who are not among the answering Defendants, Defendants deny the allegations in said Paragraphs and leave Plaintiff to his proof thereof.

## ALLEGATIONS

Paragraphs 70-96 as set forth on Pages 8-17 of the Complaint are denied and Plaintiff is left to his proof thereof.

## CLAIMS

Paragraphs 97-103 as set forth on Pages 18-20 of the Complaint are denied and Plaintiff is left to his proof thereof.

WHEREFORE, Defendants respectfully request that Plaintiff's Complaint be denied and dismissed; that Judgment enter for Defendants; that Defendants be awarded costs and fees incurred in the defense hereof; and such other and further relief as justice may require.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY ON ALL COUNTS AND CLAIMS SO TRIABLE.**

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted for declaratory and/or injunctive relief, compensatory damages and/or punitive damages as against Defendants.

### Second Affirmative Defense

Defendants have the benefit of the State's status as sovereign, together with all privileges and immunities that inure to said sovereign status.

### Third Affirmative Defense

Defendants have the benefit of all expressed and implied exceptions to any waiver of sovereign immunity.

### Fourth Affirmative Defense

Defendants claim the benefit of Eleventh Amendment immunity to the extent applicable to this civil action.

### Fifth Affirmative Defense

Defendants acted reasonably and in good faith and did not violate any clearly established law and, therefore, plead qualified immunity from suit. In addition, Defendant Wall asserts that he is not a proper party defendant in his individual or personal capacity.

### Sixth Affirmative Defense

At all times material to the matters alleged in the Complaint, the State, its officers, agents and employees, were in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed. In addition, Defendant Wall asserts that he is not a proper party defendant in his individual or personal capacity.

### Seventh Affirmative Defense

The alleged acts or omissions of Defendants were not a conscious disregard of Plaintiff's rights; were not intentional and willful; and were not in violation of Federal or State law.

**Eighth Affirmative Defense**

The alleged acts or omissions of Defendants do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law.

**Ninth Affirmative Defense**

Defendants assert the defense of statute of limitations.

**Tenth Affirmative Defense**

Defendants assert any and all applicable defenses of assumption of the risk.

**Eleventh Affirmative Defense**

Defendants assert that Plaintiff caused and/or contributed to the alleged injuries or damages complained of, and therefore, Defendants plead the doctrine of comparative and/or contributory negligence.

**Twelfth Affirmative Defense**

Defendants plead res judicata and collateral estoppel.

**Thirteenth Affirmative Defense**

Defendants plead the doctrines of laches, estoppel and waiver.

**Fourteenth Affirmative Defense**

Plaintiff is not entitled to monetary damages against Defendants under Federal or State law.

**Fifteenth Affirmative Defense**

Plaintiff is not entitled to punitive damages as against Defendants under Federal or State law.

**Sixteenth Affirmative Defense**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

WHEREFORE, Defendant respectfully requests that Plaintiff's Complaint be denied and dismissed; that Judgment enter for Defendants; that Defendants be awarded costs and fees incurred in the defense hereof; and such other and further relief as justice may require.

**DEFENDANTS HEREBY DEMAND A TRIAL BY JURY ON ALL COUNTS AND CLAIMS SO TRIABLE.**

Respectfully Submitted,
DEFENDANTS

By their attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400 ext. 2296
Fax: (401) 222-2995
tpalombo@riag.ri.gov

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the within Answer was mailed, postage prepaid, on this 16th day of June, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*