**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**OBJECTION TO MOTIONS TO AMEND**

Now come Defendants and hereby Object to Plaintiff, Norman Laurence's, Motion to Amend his Complaint (dated May 27, 2008) and Laurence's "Letter" to Magistrate Judge Hagopian (dated May 29, 2008) styled as a "Motion to Amend." In addition, in said Letter Laurence refers to a May 22, 2008 "second" Motion to Amend; however, said document has not been received by the undersigned attorney of record. This would mean that there are three (3) "motions" to amend pending. As grounds, Defendants respectfully submit the following.

Laurence's Motions to Amend clearly violate the standard set forth in Fed. R. Civ. P. Rule 15 for the amendment of Complaints in civil actions. Mindful that Laurence is pro se, Defendants nonetheless submit that he must be held to some legal standard in his pleadings and filings. Laurence sets forth no allegations against the persons he proposes to add to this suit. In addition, he proposes to amend by a letter to the Court and a "second" Motion never received by the undersigned attorney of record.

Moreover, Defendants object on grounds of judicial economy. Today, forty-five (45) named Defendants filed an Answer to Laurence's Complaint. Five (5) additional Defendants today filed a Fed. R. Civ. P. Rule 12(b)(6) Motion to Dismiss Laurence's Complaint. Defendants assert that, on grounds of judicial economy and reasonableness, this civil action should proceed as currently pled.

WHEREFORE, Defendants respectfully requests that Plaintiff Laurence's "Motions to Amend" be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Objection was mailed, postage prepaid, on this 16th day of June, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*