DEC/pap 70-79
353523 6/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR., ET AL.

VS. NO. 08-109 ML

ASHBELL T. WALL, ET AL.

**NOTICE OF APPEARANCE**

I, Dennis E. Carley, hereby enter my appearance on behalf of Defendant, Barry Wall, M.D., in the above-entitled matter.

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 19, 2008:

Norman Laurence, Jr.
P. O. Box 8200
Cranston, RI 02920

/s/ Dennis E. Carley

**Certificate of Service**

I, Dennis E. Carley, hereby certify that on June 19, 2008 I served the foregoing motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Dennis E. Carley