DEC/pap 70-79
353538 6/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR., ET AL.

VS. NO. 08-109 ML

ASHBELL T. WALL, ET AL.

## ANSWER OF DEFENDANT, BARRY WALL, M.D.

Now comes the Defendant, Barry Wall, M.D., and answers the complaint filed in this civil action by Plaintiff, Norman Laurence ("Plaintiff" or "Laurence"), as follows:

Pages 1-2 of Plaintiff's Complaint are introductory in nature and no responsive pleading is required thereto; if deemed required, Defendant denies the allegations contained in Pages 1-2 and leaves Plaintiff to his proof thereof.

## JURISDICTION

1. Paragraph 1 is jurisdictional in nature and no responsive pleading is required thereto; if deemed required, Defendant denies the allegations in Paragraph 1 and leaves Plaintiff to his proof thereof.
2. Paragraph 2 is jurisdictional I nature and no responsive pleading is required thereto; if deemed required, Defendant denies the allegations in Paragraph 2 and leaves Plaintiff to his proof thereof. Defendant denies that this is a lawful and proper class action. Defendant opposes any allegation or claim that this is a lawful and proper class action.

## PARTIES

3. Paragraph 3 is neither admitted nor denied.
4. Paragraph 4 is denied and it is further denied that this is a lawful and proper class action.

5. Paragraphs 5 through 42 are neither admitted nor denied.

42. Defendant Wall admits that the Plaintiff is attempting to sue Dr. Barry Wall in his "official and individual capacity" although it is denied that he is entitled to any relief.

43.-69. Paragraphs 43-69 are neither admitted nor denied.

**ALLEGATIONS**

70.-96. To the extent there are any allegations against this Defendant, Barry Wall, M.D., within these paragraphs they are denied.

**CLAIMS**

97.-103. To the extent there are any claims against this Defendant, Barry Wall, M.D., within paragraphs 97-103, they are denied.

WHEREFORE, Defendant, Barry Wall, M.D. respectfully requests that Plaintiff's Complaint be denied and dismissed; that judgment enter for Defendant Wall; and that Defendant Wall be awarded costs and fees incurred in the defense hereof; and such other and further relief as justice may require.

**Defendant Wall hereby demands a trial by jury on all counts and claims so triable.**

**AFFIRMATIVE DEFENSES**

**First Affirmative Defense**

Plaintiff's Complaint fails to state a claim upon which relief can be granted for declaratory and/or injunctive relief, compensatory damages and/or punitive damages as against this Defendant.

**Second Affirmative Defense**

At all times material to the matters alleged in the Complaint, this Defendant, Barry Wall, M.D., was in the exercise of due care and had in good faith duly fulfilled any and all duties owed to Plaintiff if, in fact, any duties were owed.

**Third Affirmative Defense**

The alleged acts or omissions of Defendant, Barry Wall, M.D., do not constitute actual fraud, willful misconduct, or actual malice in violation of Federal or State law.

**Fourth Affirmative Defense**

Defendant asserts the defense of statute of limitations.

**Fifth Affirmative Defense**

Defendant asserts any and all applicable defenses of assumption of the risk.

**Sixth Affirmative Defense**

Defendant asserts that Plaintiff caused and/or contributed to the alleged injuries or damages complained of, and therefore, Defendant pleads the doctrine of comparative and/or contributory negligence.

**Seventh Affirmative Defense**

Defendant pleads res judicata and collateral estoppel.

**Eighth Affirmative Defense**

Defendant pleads the doctrines of laches, estoppel and waiver.

**Ninth Affirmative Defense**

Plaintiff is not entitled to punitive damages as against Defendant Barry Wall, M.D. under Federal or State law.

**Tenth Affirmative Defense**

Plaintiff is not entitled to attorney's fees, interest, or costs under Federal or State law.

**Eleventh Affirmative Defense**

Defendant affirmatively pleads insufficiency of service of process, failure of service of process and, as a result, this Honorable Court does not have jurisdiction over this case.

**Defendant Wall hereby demands a trial by jury on all counts and claims so triable.**

Respectfully submitted,

DEFENDANT, BARRY WALL, M.D.
By His Attorneys,

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 19, 2008:

Norman Laurence, Jr.
P. O. Box 8200
Cranston, RI 02920

/s/ Dennis E. Carley

**Certificate of Service**

I, Dennis E. Carley, hereby certify that on June 19, 2008 I served the foregoing motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Dennis E. Carley