DEC/pap 70-79
353523 6/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR., ET AL.

VS. NO. 08-109 ML

ASHBELL T. WALL, ET AL.

**MOTION TO DISMISS**

Now comes Defendant, Barry Wall, M.D., and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Complaint filed in this civil action by Plaintiff, Norman Laurence ("Plaintiff" or "Laurence"), for failure to state a claim upon which relief can be granted. In support, Defendant submits the accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that this Motion to Dismiss be granted, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT, BARRY WALL, M.D.
By His Attorneys,

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 19, 2008:

Norman Laurence, Jr.
P. O. Box 8200
Cranston, RI 02920

/s/ Dennis E. Carley

---

**Certificate of Service**

I, Dennis E. Carley, hereby certify that on June 19, 2008 I served the foregoing motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Dennis E. Carley

---

DEC/pap 70-79
353527 6/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR., ET AL.

VS. NO. 08-109 ML

ASHBELL T. WALL, ET AL.

## <u>MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS</u>

This Memorandum of Law supports Defendant, Barry Wall, M.D.'s, Motion to Dismiss the Complaint filed in this civil action by Plaintiff, Norman Laurence ("Plaintiff" or "Laurence"), for failure to state a claim upon which relief an be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. For the reasons set forth, this Defendant respectfully submits that the Complaint fails to state a claim against him and, therefore, should be dismissed.

## <u>LAURENCE'S COMPLAINT</u>

Laurence has filed a 22 page, 106 paragraph Complaint ("Cpt."), naming 65 Defendants and setting forth numerous and diverse allegations. This <u>pro se</u> Cpt., fairly read and liberally construed, contains the following, central allegations:

- Laurence and his cell are subject to electronic surveillance and videotaping concealed within the light fixture.
- Laurence is subject of a psychiatric/psychological report that is being used against him.
- Laurence is being denied access to the courts.
- Laurence is being abused and harassed by numerous, named defendants.

The allegations against this Defendant are extremely vague. We are informed in

paragraph 42 that Dr. Wall is being sued "in his official and individual capacity." In paragraph 71, there is an allegation that, from October, 2003 the "Defendants have denied these cameras, surveillance, videotapes, audiotapes, photographs and a psychiatric report and tapes and writing, grievances, request forms and from March of 2005 until now have lied under oath attempting to conceal all this from me and the court . . . ."

Paragraph 72 of the Complaint can be read to state that at some unknown time Dr. Wall videotaped him every day and laughed at him. The Plaintiff also alleges in that paragraph that he was abused with Dr. Wall's psychiatric report and evaluation tapes and, apparently, the Plaintiff is also stating that Dr. Wall claims he never released these items and won't give them to the Plaintiff.

There is another vague allegation regarding all Defendants abusing him with electronic surveillance in paragraph 74.

In paragraph 79, there is an allegation that the Defendants psychologically and sexually harassed and tormented him with electronic surveillance.

There is a vague allegation in paragraph 82 that could be read to allege that Dr. Wall is one of the Defendants who denied him mental health treatment.

As mentioned above, Dr. Barry Wall is identified in paragraph 42. In the "CLAIMS" Section of the Complaint, beginning on page 18, the first, second and third causes of action are directed at the Defendants "in paragraphs 70-96."

The third cause of action does not identify which Defendants are responsible for "treatment and need for medication to sleep and they caused me mental and physical pain."

The fourth, fifth, sixth and seventh causes of action are also not directed at Defendant Wall.

## ARGUMENT

Notwithstanding the fact that Laurence is pro se, his Complaint sets forth no specific, rational allegations whatsoever against Defendant Wall. For these reasons, the Plaintiff's Complaint against the Defendant, Barry Wall, M.D., should be dismissed.

## CONCLUSION

For the reasons set forth, Defendant's Rule 12(b)(6) Motion to Dismiss should be granted, and the Honorable Court should grant such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT, BARRY WALL, M.D.
By His Attorneys,

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 19, 2008:

Norman Laurence, Jr.
P. O. Box 8200
Cranston, RI 02920

/s/ Dennis E. Carley

______________________________

**Certificate of Service**

I, Dennis E. Carley, hereby certify that on June 19, 2008 I served the foregoing motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Dennis E. Carley

______________________________