DEC/pap 70-79
353534 6/18/08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR., ET AL.

VS. NO. 08-109 ML

ASHBELL T. WALL, ET AL.

# OBJECTION TO MOTIONS TO AMEND

Now comes Defendant, Barry Wall, M.D., and hereby objects to Plaintiff, Norman Laurence's, Motion to Amend his Complaint (dated May 27, 2008) and Laurence's "Letter" to Magistrate Judge Hagopian (dated May 29, 2008) styled as a "Motion to Amend." In addition, in said Letter Laurence refers to a May 22, 2008 "second" Motion to Amend; however, said document has not been received by the undersigned attorney of record. This would mean that there are three (3) "motions" to amend pending. As grounds, Defendant respectfully submits the following:

Laurence's Motions to Amend clearly violate the standard set forth in Fed. R. Civ. P. Rule 15 for the amendment of Complaints in civil actions. Mindful that Laurence is pro se, Defendant nonetheless submits that he must be held to some legal standard in his pleadings and filings. Laurence sets forth no allegations against the persons he proposes to add to this suit. In addition, he proposes to amend by a letter to the Court and a "second" Motion never received by the undersigned attorney of record.

WHEREFORE, Defendant respectfully requests that Plaintiff Laurence's "Motions to Amend" be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANT, BARRY WALL, M.D.
By His Attorneys,

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on June 19, 2008:

Norman Laurence, Jr.
P. O. Box 8200
Cranston, RI 02920

/s/ Dennis E. Carley

**Certificate of Service**

I, Dennis E. Carley, hereby certify that on June 19, 2008 I served the foregoing motion by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case and by first-class mail to the following:

Thomas A. Palombo, Esq.
Assistant Attorney General
150 South Main Street
Providence, RI 02903

/s/ Dennis E. Carley