UNITED STATES DISTRICT COURT
For The District OF Rhode Island

Norman Laurence JR

NO.08-109 ML

VS

Ashbell T WAll II ET AL

MOTION For Restraining ORder

PLaintiFF norman LAurence moves This Honorable court To issue a restraining order To Asbell T wall II The defendant in The ABove related Matter, IM a pro-se plainTiFF Being Abused with ELECTRonic surveillance, IM in The process oF Trying To prepare InTerrogaTories and The AcI deFendanTs who have been served with This Above related Matter are Trying To dictate what questions I ask, IM harassed while working aT My desk with ELECTRonic surveillance There using iT TO watch me do Legal work, and I Know There watching because oF The comments There making I have a right To prove my case, They Keep calling iT A nuisance suiT with all due respect TorMenTing Me For Several

long years with Electronic Surveillance a psychiatric report, and The contents of The psychiatric Tapes all mixed with Fabrications while subjecting me To calculated harassment was a lot more Then a nuisance, They Are Trying To contaminate my case By Actions of Fraud and intimidation, and They keep Telling inmates IM against Them, and as The other day if I get an affidavit and if it hurts them They harass me, until I Throw it away They want me To represent Them while They Try To prosecute me, and I Make This Allegation against The correctional officers and a nurse

Wherefore I pray This motion will be granted

Respectfully
Submitted
6/26/08

Its The correctional officers harassing me and extorting me about my Law work, saying I wont get near The copy Machine until Thats ripped up or gone c/o Rodriguez c/o Belisle c/o Clause and cheryl Bailey is interfering as well. There watching me do Law work with electronic surveillance and Telling inmates

Exhibit 55

Exhibit 55
#08-109 ML

BARRY W. WALL, M.D.
184 WATERMAN STREET
PROVIDENCE, RHODE ISLAND 02906

(401) 273-1010

February 27, 2007

Mr. Norman Laurence
P.O.B. 8200
Cranston, Rhode Island 02920

Dear Mr. Laurence,

I received your letter dated 2/15/07. Once again, you have asked me to provide you a copy of the psychiatric report of you that I completed in 1999, as well as the audiotapes of our interview. As I mentioned to you during my interviews and in my 6/29/04 letter to you, I provided my report to Atty. Soccio. I assume that she provided a copy of that report to your defense attorney and to the court. I never released copies of the audiotapes to anyone; they remain on file in my office.

If you want a copy of the 1999 evaluation report, you can obtain it through the defense attorney who represented you. If you have an attorney currently working on an appeal of your case, please provide me with the name of that attorney, and after you sign a release authorizing me to provide him or her with a copy of the 1999 report and/or copies of the audiotapes, I will provide them to your attorney.

In response to your letter, I again contacted Dr. Fred Friedman, Director of Psychology and Mental Health at the ACI, to let him know that I received a letter from you.

Yours truly,

Barry W. Wall, M.D.

cc: Cindy Soccio, Esq.,
Assistant Attorney General
Department of the Attorney General
150 South Main Street
Providence, Rhode Island 02903

Frederic Friedman, Psy.D.
Department of Corrections
Cranston, Rhode Island 02920

Exhibit 82

State of Rhode Island and Providence Plantations

Exhibit 63
#08-109 ML

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street, Providence, RI 02903
(401)274-4400
TDD(401)453-0410

*Sheldon Whitehouse, Attorney General*

December 12, 2002

Norman Laurence
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Laurence:

I am in receipt of your letter dated December 2, 2002. I was not aware of any tapes used by Dr. Wall in your evaluation. I certainly do not have nor was ever in possession of such tapes. Perhaps your questions and concerns should be directed to Dr. Wall. Unfortunately, I cannot assist you in this regard.

Sincerely,

Cindy A. Soccio
Assistant Attorney General
Juvenile Prosecution Unit

Exhibit 3

Exhibit 83

Exhibit 64

#08-109 ML

# Superior Court of Rhode Island

**Joseph F. Rodgers, Jr.**
**Presiding Justice**

*Associate Justices:*

Alice Bridget Gibney
Robert D. Krause
Melanie Wilk Thunberg
Vincent A. Ragosta
John F. Sheehan
Ronald R. Gagnon
Mark A. Pfeiffer

Patricia A. Hurst
Francis J. Darigan, Jr.
Judith Colenback Savage
Michael A. Silverstein
Stephen J. Fortunato, Jr.
Edward C. Clifton
Netti C. Vogel

William A. Dimitri, Jr.
O. Rogeriee Thompson
Gilbert V. Indeglia
Stephen P. Nugent
Edwin J. Gale
Susan E. McGuirl
Daniel A. Procaccini

December 18, 2002

Mr. Norman Laurence
P. O. Box 8200
High Security
Cranston, RI 02920

Dear Mr. Laurence:

Thank you for your letter of December 2, 2002.

I am in no position to provide you with legal advice, but I can say generally that if any person is making improper use of some other person's confidential medical records, then there is always the possibility that some legal action can be taken by the offended person.

Similarly, if you believe that Ms. Soccio is withholding records to which you have a lawful claim, you may also consider seeking relief in Court.

I hope you are well despite your difficult circumstances.

Very truly yours

Stephen J. Fortunato, Jr.
Associate Justice

SJF/jat

c: Cindy Soccio, Esquire

Exhibit 4

Exhibit 69
#08-109 ML

# Superior Court of Rhode Island

Joseph F. Rodgers, Jr.
Presiding Justice

*Associate Justices*:
Alice Bridget Gibney
Robert D. Krause
Melanie Wilk Thunberg
Vincent A. Ragosta
Mark A. Pfeiffer
Patricia A. Hurst
Francis J. Darigan, Jr.
Judith Colenback Savage
Michael A. Silverstein
Stephen J. Fortunato, Jr.
Edward C. Clifton
Netti C. Vogel
O. Rogeriee Thompson
Gilbert V. Indeglia
Stephen P. Nugent
Edwin J. Gale
Susan E. McGuirl
Daniel A. Procaccini
Jeffrey A. Lanphear
Allen P. Rubine

November 16, 2006

Norman Lawrence
Inmate # 63325
High Security F-MOG, F-05
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Lawrence:

As you know, you have regularly been sending correspondence to me and also to my Clerk, Ms. DeCosta. These letters represent, in large part, your concerns about your treatment at the ACI. It is necessary for me to request that you do not direct correspondence to me or to my Clerk, but rather, if you have concerns that your rights are being violated, that you institute litigation, either on your own or with the assistance of an attorney. I want to add that your letters have always been unfailingly courteous to me and to Ms. DeCosta, just as your behavior in the Court has always been exemplary. However, the proper procedure for any concerns about your own individual incarceration or about prison conditions, or the alleged harassment or invasion of your privacy by any member of the correctional staff, is to bring a lawsuit against people you believe have violated your rights.

I know you are in a very difficult situation, but I hope that the holiday season brings you some contentment and peace.

Very truly yours,

Stephen J. Fortunato, Jr.
Associate Justice

SJF/gar

~~Exhibit 37~~

~~32~~

Exhibit 56
#08-109 ML

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Tony AMARal DATE: 11/26/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) MAY OF 2004 Inmates and officers Alleged That Some one sent A psychiatrich Report To Channel 6 news and They say The report pertained To me Both officers and inmates have harassed

INMATE NAME Norman Lawrence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: F 5

H.S.C. ✓ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

me with This so called Report and I heard The STATE police and D.A. TAlk ABout it on 1/17/06, CAN you Get me The Address To channel 6 news please

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE C/O Henry

**Disposition of Case**

RESPONSE: I Believe These REPORTS U Belive were sent To Channel 6 ARE FALSE. & were Never sent.

SIGNATURE T. Amaral TITLE AC DATE 12-4-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S-10