Dear Mr DiMarzio

7/10/08

Here is the Exhibits that go with my Motion to Objection of the 12B6 ~~Dissmis~~ Dismissal, Exhibits 1 to 69.87 papers. ~~[illegible]~~ All original except for a few which I Believe are part of the Docket in another case, I was only able to get one copy. I was told By officers it was all I needed days ago, and there was no law clerk available, today! Can you let me know that you recieved these. I'm enclosing a self addressed envelope with a stamp you can put this paper in the envelope or a copy! Thank you very much it would be very much appreciated.

Sincerly

Norman Laurence Jr

7/10/08

RECEIVED
JUL 14 2008
Property of U.S. District Court
District of Rhode Island

FCOPY EXhibit 1 #08-109ML

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. PC 03-6046

A. T. WALL, et al

DEFENDANT WALL'S RESPONSES TO
PLAINTIFF'S INTERROGATORIES

"1) Did you recieve a letter from Norman Laurence on or about July 26, 2003 complaining that correctional officers were harassing him and or tormenting him."

**RESPONSE:** No.

"2) Does Norman Laurence have a hidden camera in his cell that allows officers to observe him use toilet facilitys and get dressed as well as other things 24 hrs a day."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"3) Do employees in the main control center watch plaintiff use the toilet facilitys."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"4) Do employees watch Norman Laurence use toilet facilitys from the room down stairs situated to the left of the sally port control center. If your facing the control center."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"5) Are you aware that Officer Pierce observed individuals takeing out boxes of tapes relateing to Norman Laurence."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"6) Do you admit or deny that Officer Demissa gave Norman Laurence a direct order on 3/6/01 to shovel snow."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"7) Do you admit or deny that Norman Laurence was denied medical treatment by Doctor Scott Allen on 3/7/01."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"8) Do you admit or deny that Norman Laurence was diagnosed with a moderate back sprain at Rhode Island Hospital on March 9/2001."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"9) Have you had discussions with the State Police about a camera in Norman Laurence's cell."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

"10) Do correctional officers watch Norman Laurence use the toilet in his cell on the third shift in the dark."

**RESPONSE:** Objection on the grounds that the information sought is not likely to lead to admissible evidence, and is vague.

Ashbel T. Wall, II
Ashbel T. Wall, II, Director

Subscribed and sworn to before me in Cranston on this the 19th of May, 2004.

Notary Public
My Commission expires 1-15-05.

Exhibit 2 #08-109 ML

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, II, et al

DEFENDANT A. T. WALL'S OBJECTION TO
PLAINTIFF'S MOTION TO VIEW VIDEOTAPES AND PHOTOGRAPHS

Now comes Defendant, A. T. Wall, II and hereby objects to the Plaintiff's motion to view videotapes and photographs as and for the reasons proffered in the accompany Memorandum.

DEFENDANT,
By His Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 22nd day of November, 2004, I mailed a true copy of the within Defendant A. T. Wall's Objection To Plaintiff's Motion To View Videotapes and Photographs and accompanying Memorandum to Norman Laurence, P. O. Box 8200, Cranston, R. I. 02920.

(1) Norman Laurence v State of Rhode Island

Exhibit 4 #08-109

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

Concealed Cause of Action

NORMAN LAURENCE

vs. C. A. NO. 03-6046

A. T. WALL, et al

Evidence For Federal Court

DEFENDANT A. T. WALL'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1. Did you implement a policy in High Security that allows correctional officers to watch Norman Laurence on a video monitor."

**RESPONSE:** No.

"2. Did you implement a policy in High Security that allows correctional officers to observe Norman Laurence while he uses his toilet facilitys." [sic]

**RESPONSE:** No.

"3. Did you implement a policy in High Security that allows correctional officers to observe Norman Laurence masterbateing." [sic]

**RESPONSE:** No.

"4. Did the Department of Corrections settle a claim involving nude photographs depicting Norman Laurence in a cell."

**RESPONSE:** Not to my knowledge.

"5. Was Norman Laurence videotaped while in his cell at High Security."

**RESPONSE:** Not to my knowledge.

"6. Who is in charge of video tapes that depict Norman Laurence in his cell."

**RESPONSE:** I do not believe or have knowledge of you ever being videotaped in your cell.

"7. On what date did you learn that nude photographs depicting Norman Laurence were sent to a women [sic] named Gretchen."

**RESPONSE:** I have no knowledge of photographs depicting you being sent to anyone.

"8. Who is assigned the responsibility of videotapes that depict Norman Laurence in his cell."

**RESPONSE:** See Response to Interrogatory No. 6.

"9. What is the name of the State Police invidual [sic] that took custody of video tapes of Norman Laurence."

**RESPONSE:** See Response to Interrogatory No. 6.

"10. Did you authorize a settlement that involved obscene photographs of inmate Norman Laurence."

**RESPONSE:** No.

Ashbel T. Wall II

Ashbel T. Wall, II

Subscribed and sworn to before me, in Cranston, this 16th day of ~~February~~ March, 2005.

Patricia A. Coyne-Fague
my commission expires 11-04-05

CERTIFICATION

The undersigned hereby certifies that on this, the 16th day of ~~February,~~ March 2005, I mailed a true copy of the within Defendant A. T. Wall's Responses to Plaintiff's Interrogatories to Norman Laurence, P. O. Box 8200, Cranston, R. I. 02920.

EX (2) Exhibit 5 # 08-109 ML

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. PC-0306046

A. T. WALL

<u>DEFENDANT ASHBEL T. WALL, II</u>
<u>RESPONSES TO PLAINTIFF'S INTERROGATORIES</u>

"1. Did George Vose implement a policy that allows officers to watch Norman Laurence by the use of a hidden camera."

**RESPONSE:** Not to my knowledge.

"2. Do you follow a policy that allows correctional officers to watch Norman Laurence on a video monitor?"

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

"3. Who authorizes Mr Grant to settle law suits"

**RESPONSE:** I do.

"4. On what date did you take over as Director of the ACI"

**RESPONSE:** March 9, 2000.

"5. Did you have any conversations with Deputy Reynolds about a camera in Norman Laurences cell?"

**RESPONSE:** No.

"6. Did you enforce a policy that enables correctional officers to watch Norman Laurence with a camera in his cell"

**RESPONSE:** No.

"7. Who implemented a policy that allows officers to watch Norman Laurence with a camera thats in his light."

**RESPONSE:** I am not aware that any administrator of this Department has instituted such a policy.

"8. Who gave the special investigation unit permission to listen in on Norman Laurences counseling sessions with Audrey Elman"

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

"9. If there a policy that enables officers to watch Norman Laurence with a hidden camera thats in his cell"

**RESPONSE:** I am not aware that any administrator of this Department has instituted such a policy.

"10. Have you asked any one about photographs that depict Norman Laurence in his cell."

**RESPONSE:** Objection as to form and that the instant interrogatory seeks information not likely to lead to admissible evidence.

Ashbel T. Wall, II

Subscribed and sworn to, before me, in Cranston, this 29th day of April, 2005.

Notary Public
My Commission expires 09/09/05.

CERTIFICATION

The undersigned hereby certifies that on this, the 29th day of April, 2005, I mailed a true copy of the within Defendant Ashbel T. Wall, II Responses to Plaintiff's Interrogatories to Norman Laurence, P. O. Box 8200, Cranston, R. I. 02920.

______________________

**Rhode Island Department of Corrections**
**Special Investigations Unit**

40 Howard Avenue
Cranston Rhode Island, 02920

Exhibit 6 #08-109 ML

Date: May 9, 2005

Inmate: Laurence, Norman ID#63325

Security: High Security
Cranston, RI 02920

The annual review of your SRG status has been completed. Please be advised that your Security Risk Group status has been changed from the current SRG Level: **1** to SRG Level: **2**. If you have any questions, please contact the Special Investigation Unit.

Sincerely,

Robert Catlow

Robert J. Catlow
Chief Investigator

c: Inmate
Warden
Deputy Warden
SRG file

STATE OF RHODE ISLAND PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE Exhibit7 #08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT LOUIS RICCI'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Did you tell Audrey Elman that Norman Laurence's ex girlfriend Gretchen Nelson Silva has Aids(?)"

**RESPONSE:** No.

"2) Did you tell Audrey Elman that Norman Laurence was a child molester(?)"

**RESPONSE:** No.

"3) Have you ever asked Audrey Elman to wear a listening device on Norman Laurence(?)"

**RESPONSE:** No.

"4) Have you ever seen Norman Laurence's psychiatrich report(?)"

**RESPONSE:** No.

"5) Have you ever seen photographs that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"6) Have you ever watched video tapes that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"7) Was a video tape of Norman Laurence stolen(?)"

**RESPONSE:** No.

"8) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"9) Do you have tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"10) Has Norman Laurence asked you to put him in protective custody(?)"

**RESPONSE:** To the best of my recollection, no.

Louis Ricci

Subscribed and sworn to before me, this 30th day of May, 2005.

Notary Public
My Commission expires 9/9/05.

(43)

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 8 #08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JOE FORGUE'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"2) Have you listened to Norman Laurence talk to Audrey Elman by useing a listening device(?)"

**RESPONSE:** No.

"3) Do you have tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"4) Do you have a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"5) Have you seen a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"6) Did you show Leisa Amy Wood a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"7) Have you and Leisa Amy Wood watched Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"8) Have you and Leisa Amy Wood watached Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"9) Have you showed Leisa Amy Wood video tapes of Norman Laurence(?)"

**RESPONSE:** No.

"10) Have you gone to Norman Laurence's ex girlfriend Gretchen Silvas house(?)"

**RESPONSE:** No.

Joseph Forgue

Subscribed and sworn to before me, on this the 1st day of June 2005.

Notary Public
My Commission expires 9-9-05.

40

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 9 #08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT BILL BEGONES' RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you shown Leisa Amy Wood a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"2) Have you listened to Norman Laurence talk to Audrey Elman(?)"

**RESPONSE:** No.

"3) Have you taped Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"4) Did you let Kevin Manning listen to a tape recording of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"5) Did you take video tapes of Norman Laurence out of the building(?)"

**RESPONSE:** No.

"6) Did Thomas Pierce see you removeing video tapes from the building(?)"

**RESPONSE:** No.

"7) Have you watched video tapes of Norman Laurence?)"

**RESPONSE:** No.

"8) Did you see naked photographs that depicted Norman Laurence in his cell(?)"

**RESPONSE:** No.

"9) Did you turn over video tapes of Norman Laurence to the State police(?)"

**RESPONSE:** No.

"10) Have you watched Norman Laurence on a security device(?)"

**RESPONSE:** No.

Bill Begones

Subscribed and sworn to before me, on this the 1st day of June 2005.

Notary Public
My Commission expires 9-9-05.

(15)

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 10 # 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT KIM MALLETT'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you listened to tape recordings of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"2) Have you seen video tapes depicting Norman Laurence in his cell(?)"

**RESPONSE:** No.

"3) Have you seen video tapes of Norman Laurence in his cell(?)"

**RESPONSE:** No.

"4) Have you seen photographs of Norman Laurence in his cell(?)"

**RESPONSE:** No.

"5) Have you seen pictures that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"6) Have you seen nude photographs of Norman Laurence(?)"

**RESPONSE:** No.

"7) On or near June 2003 did you pick up a tape recording of Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

"8) Have you listened to Norman Laurence talking to Audrey Elman(?)"

**RESPONSE:** No.

50

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE Exhibit 11 # 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JAKE GADSDEN'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Did you authorize a maintence man to put a camera in Norman Laurence's cell(?)"

**RESPONSE:** No. Doesn't exist.

"2) Why did Albenzio DiMezza leave the Department of Corrections(?)"

**RESPONSE:** Personal reasons.

"3) Was Albenzio DiMezza let go because he passed around Norman Laurences psychiatrich report(?)"

**RESPONSE:** No.

4) Have you seen a video tape of Norman Laurence(?)

**RESPONSE:** Be more specific. If he was ever in a cell extraction, I would have it on tape.

"5) Have you seen obscene photographs of Norman Laurence(?)"

**RESPONSE:** No.

"6) Have you questioned any one about how obscene photographs of Norman Laurence were sent to Gretchen Nelson Silva(?)"

**RESPONSE:** I have no idea what you are talking about.

"7) Do you have any knowledge about obscene photographs that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"8) Have you questioned any one about a missing video tape that depicted Norman Laurence in his cell(?)"

42

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 12 # 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT BRIAN DAURAY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Did you escort Norman Laurence to the High Security hospital on or near March 23/04(?)"

**RESPONSE:** I do not recall.

"2) Why did you escort Norman Laurence to the High Security hospital on or near March 23/04(?)"

**RESPONSE:** See answer to interrogatory numbered 1.

"3) Did you observe Norman Laurence talking to Cris Hebert on or near March 23/04(?)"

**RESPONSE:** I do not recall.

"4) Did you see Norman Laurence try to leave the hospital on or near March 23/04(?)"

**RESPONSE:** I do not recall.

"5) Was Norman Laurence given a direct order to see Cris Hebert on or near March 23/04(?)"

**RESPONSE:** I do not know.

(5)

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE Exhibit 13 # 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT EDWARD GANNON'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you seen Norman Laurence on a surveilance camera(?)"

**RESPONSE:** No.

"2) Have you seen Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"3) On May 13/04 did Lt. James Yakey tell Norman Laurence he was at the discipline board for ratting(?)"

**RESPONSE:** Don't know.

"4) On May 13/04 did you tell the discipline board that Norman Laurence raped Betty Jo Gardner(?)"

**RESPONSE:** No.

"5) On May 13/04 did you tell the female counselor that Norman Laurence killed Betty Jo Gardner(?)"

**RESPONSE:** No.

"6) On May 13/04 while at the discipline board did Norman Laurence say that the booking that was read to him was not the same booking that L.T. Doyle read to him on 5/10/04(?)"

**RESPONSE:** No.

"7) Did Norman Laurence say the same thing that Victor Pona basicly said about the incident that transpired on May 10/04(?)"

**RESPONSE:** I do not recall.

"8) On May 13/04 while at the discipline board did the female counselor want to vote not guilty(?)"

**RESPONSE:** I do not recall.

"9) On May 13/04 did the female counselor want to find Norman Laurence guilty of a lesser offense(?)"

**RESPONSE:** Not sure.

"10) On May 13/04 did you tell the board members that Norman Laurence burned Betty Jo Gardner(?)"

**RESPONSE:** No.

Edward F. Gannon
Edward Gannon

Subscribed and sworn to before me, on this the 10th day of June 2005.

Marcia Ann Croce
Notary Public
My Commission expires 9-9-05.

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 14 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT GARY BOULEY'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Have you told C/O North what Norman Laurence wrote on paper in his cell(?)"

**RESPONSE:** No.

"2) Have you told John Douglas what Norman Laurence wrote on paper in his cell(?)"

**RESPONSE:** No.

"3) Have you told C/O Leisa Wood that Norman Laurence gave her a A+(?)"

**RESPONSE:** No.

"4) Have you told Deputy Reynolds what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"5) Have you told the State police what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"6) Have you ever shown a member of the Attorney General's office what Norman Laurence wrote his attorney(?)"

**RESPONSE:** No.

"7) Have you ever shown the State police what Norman Laurence wrote in his cell(?)"

**RESPONSE:** No.

"8) Have you ever video taped Norman Laurence(?)"

**RESPONSE:** No.

"9) Have you watched Norman Laurence while he wrote in his cell(?)"

**RESPONSE:** No.

"10) Have you shown Deputy Reynolds video tapes of Norman Laurence(?)"

**RESPONSE:** No.

Gary Bouley

Subscribed and sworn to before me, on this the 10 day of June 2005.

Notary Public
My Commission expires 9-9-05.

52

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 15 #08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT JAMES WEEDEN'S RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Have you questioned officers about a missing video tape of Norman Laurence(?)"

**RESPONSE:** No.

"2) Have you talked to officers about a camera in Norman Laurence's cell(?)"

**RESPONSE:** No.

"3) Have you questioned Albenzio DiMezza about a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"4) Have you questioned Gary Bouley about Norman Laurence(?)

**RESPONSE:** No.

"5) Have you questioned Deputy Michael Reynolds about incidents pertaining to Norman Laurence(?)"

**RESPONSE:** No.

"6) Have you observed Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"7) Have you observed Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"8) Have you seen photographs that depictor Norman Laurence in his cell(?)"

**RESPONSE:** No.

"9) Have you questioned any one about a psychiatrich report that pertains to Norman Laurence(?)"

**RESPONSE:** No.

"10) Do you have any incident reports that pertain to Norman Laurence(?)"

**RESPONSE:** Yes.

James Weeden

Subscribed and sworn to before me, on this the 10th day of June 2005.

Marcia Ann Croce
Notary Public
My Commission expires 9-9-05.