31

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 16 # 08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT TONY AMARAL'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) On May 14/04 did you ask Deputy Reynolds why I masterbate a certain way(?)"

**RESPONSE:** No.

"2) On May 14/04 did you ask the Deputy why I put my hands on my hips(?)"

**RESPONSE:** No.

"3) On May 14/04 did you tell the Deputy that you was in the main control center watching Norman Laurence(?)"

**RESPONSE:** No.

"4) On May 14/04 while at the classification board did Deputy Reynolds tell you you didn't have a security clearence to be in main control center watching Norman Laurence(?)"

**RESPONSE:** No.

"5) Have you seen Norman Laurence on a motion sensor(?)"

**RESPONSE:** No.

"6) Have you seen Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"7) On May 13/04 while at the discipline board did Lt. James Yakey tell Norman Laurence he was at the discipline board for ratting(?)"

**RESPONSE:** I don't know.

31

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 17 #08-109 ML

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT MICHAEL REYNOLDS' RESPONSES TO PLAINTIFF'S INTERROGATORIES

"1) Have you observed Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"2) Have you observed Norman Laurence on a surveilance camera(?)"

**RESPONSE:** No.

"3) On 5/14/04 while at the classification board did Tony Amaral tell you he was in the main control center watching Norman Laurence(?)"

**RESPONSE:** No.

"4) On 5/14/04 while at the classification board did Tony Amaral ask you why Norman Laurence masterbates a certain way(?)

**RESPONSE:** No.

"5) On 5/14/04 while at the classification board did Tony Amaral ask you why I put my hands on my hips a certain way(?)"

**RESPONSE:** No.

"6) On 5/14/04 while at the classification board did you tell Tony Amaral he did not have a security clearnance to be in the main control center watching Norman Laurence(?)"

**RESPONSE:** No.

"7) Did Albenzio DiMezza tell you he found Norman Laurence's psychiatrich in High Security(?)"

**RESPONSE:** No.

"8) Did you send John Douglas home because of what Norman Laurence was writeing in his cell on or near May 2004(?)"

**RESPONSE:** No.

"9) Have you watched video tapes that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"10) Have you warned Gary Bouley not to tell officers what Norman Laurence was doing in his cell(?)"

**RESPONSE:** No.

Michael Reynolds

Subscribed and sworn to before me, on this the 14 day of June 2005.

Notary Public
My Commission expires 5-16-07.

14

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

Exhibit 18 # 08-109

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT AUDREY ELMAN'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Has SIU ever asked you to see Norman Laurence(?)"

**RESPONSE:** No.

"2) Has SIU ever asked you to question Norman Laurence(?)"

**RESPONSE:** No.

"3) Has SIU ever asked you to wear a listening device on Norman Laurence(?)"

**RESPONSE:** No.

"4) Was you aware that there was a listening device in the room that you used to see Norman Laurence (?)"

**RESPONSE:** No. I know of no listening devices ever used at the ACI to record an inmate.

"5) Have you talked to Doug Newburg of the R. I. State Police regarding Norman Laurence(?)"

**RESPONSE:** No. I do not even know Doug Newburg.

"6) Did you tell the State Police information that you learned from Norman Laurence(?)"

**RESPONSE:** No.

"7) Did Louie Richie tell you that some one sent photographs depicting Norman Laurence in his cell to his ex girl friend(?)"

**RESPONSE:** No.

"8) Did Louie Richie tell you that Norman Laurence was video taped while in his cell at High Security(?)"

**RESPONSE:** No.

"9) Have you seen any video tapes pertaining to Norman Laurence(?)"

**RESPONSE:** No.

"10) Did you keep a private journal regarding Norman Laurence(?)"

**RESPONSE:** No.

Audrey Elman

Audrey Elman

Subscribed and sworn to before me, this 23rd day of June, 2005.

Marcia Ann Cross

Notary Public

My Commission expires 9-9-05

(48)

Exhibit 19 #08-109 ML

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT WALTER WHITMAN'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Have you questioned any one about a missing video tape that depicted Norman Laurence in his cell(?)"

**RESPONSE:** No.

"2) Have you questioned any one about photographs that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"3) Have you seen Norman Laurence on a video monitor(?)"

**RESPONSE:** No.

"4) Have you seen Norman Laurence on a surveilance camera at High Security(?)

"5) Did you authorize the maintence man to put a surveilance camera in my cell(?)"

**RESPONSE:** No.

"6) Have you seen video tapes of Norman Laurence(?)"

**RESPONSE:** No.

"7) Have you talked to the State police about video tapes that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"8) Have you talked to Inspector John Lopez about photographs of Norman Laurence(?)"

**RESPONSE:** No.

"9) Have you talked to Inspector John Lopez about video tapes that depict Norman Laurence in his cell(?)"

**RESPONSE:** No.

"10) Is it a policy to put a motion sensor in Norman Laurences cell(?)"

**RESPONSE:** No.

Walter Whitman

Subscribed and sworn to before me, on this the 29th day of June 2005.

Notary Public
My Commission expires 9-9-05

Exhibit 19

Exhibit 20 #08-109 ML

Exhibit

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Lt. Gallagan DATE: 7/18/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Can I please have 2 Grievance Forms one is For Bill Begones telling people on 1/17/06 that he has video tapes and pictures of me The 2nd is For Being watched doing Bodily Functions and law work By A hidden camera. He Bill Begones told

INMATE NAME Norman Lawrence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: F4

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

this to a Judge I need to Grieve this prior to Filing a law suit in Federal Court Thank you

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

Request for level 2 grievance is denied due to its frivolous nature and you not filing a level 1. There aren't any cameras in your cell and/or Module and you cannot send a grievance to a Judge.

SIGNATURE [signature] TITLE [signature] DATE 7-25-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Ce Exhibit (illegible) Exhibit 33

Exhibit 21 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT. GALAGAN DATE: 7/19/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I need A Grievance Form To Grieve c/o Bouley watching me write legal letters and Telling officers what I write as well he watches me go To The Bathroom with A camera That Bill Begones Told The Judge About. I'd like A

INMATE NAME Norman Lawrence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: FU

H.S.C. ✓ MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

Grievance Form To Griev That c/o Wojtanowsk does The same. Thank you

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

Request for grievance is denied due to its frivolous nature. There aren't any cameras in your cell and/or Module. I will refer it to the clinical social worker to see you for these issues.

SIGNATURE [signature] TITLE [illegible] DATE 7-25-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 19 Exhibit 37

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## INTER-DEPARTMENTAL MEMO
## MAXIMUM / HIGH SECURITY

Exhibit 22
# 08-109 ML

C/O Smoot
9/5/06

Memorandum to: Norman Laurence

Identification #: 63325

From: James Weeden, Warden JW

Department: Maximum/High Security

Date: August 31, 2006

Subject: **Correspondence**

The booking you received for using the Law Library books as weights for exercise was dismissed at the hearing; there was no need for Deputy Collins to review it. You lost your job because of performance issues related to using the Law Library Books for exercise. Being a porter gave you access to the books which you took advantage of.

You are currently classified C-status and have been since November 2004. There has been no change in your status. You were on c-status when you were employed as a porter. C-status inmates are issued orange uniforms.

Let me make this clear, there is no camera in your cell nor is there any listening device as you claim in your cell or worn by staff.

Your discipline record is relatively good. There is no reason to believe staff is subjecting you to any abuse or unethical treatment.

CC: Deputy Collins
File

79

Exhibit 23 # 08-109 ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Corrections
CLASSIFICATION DEPARTMENT
P.O. Box 8249
Cranston, R.I. 02920

January 3, 2007

Norman Laurence, ID #63325
High Security Center
Rhode Island Dept. of Corrections
Cranston, Rhode Island 02920

Dear Mr. Laurence:

In response to your letter dated January 1, 2007, regarding your request for an early review of your Classification Status, please be advised that I am forwarding your letter to the Assistant Director Gadsden's office for an appropriate response.

In accordance with Departmental Policy 15.01-2, this office does not have the authority to grant and/or deny an early review for inmates designated as Security Risk Group (SRG) inmates. The Assistant Director of Corrections has the sole responsibility of approving and/or denying all Classification Board recommendations on SRG inmates. I am sure that Assistant Director Gadsden will review the contents of your letter and render a decision relative to your Classification Status.

Very truly yours,

Joseph A. DiNitto
Associate Director
Classification

JAD/mh
cc: J. Gadsden
file
107laurence

Exhibit 3

Exhibit 24 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT GALAGAN DATE: 1/27/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) inorder To Dot The i's and cross The T's I need A Grievance Form I OBJect To Being watched By A camera and I want To challenge in Federal court The FACT That I have To pay To Get case law From The Librarian. That I'm charged 5¢ per copy if The Library does not have iT. The Grievance

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: — CELL NUMBER: F 5

H.S.C. ✓ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

coordinater Gave A speech A Few years AGo about how we must File A Grievance and Exhaust D.O.C Remedys prior To Fileing in Federal court. This is A respectFull Request

WING OR DETAIL OFFICER'S COMMENTS: SUBMITTED FOR YOUR ACTION.

OFFICER'S SIGNATURE C/O R. [signature], #795 27 JAN 2007

**Disposition of Case**

RESPONSE:

~~Denied and I will schedule a Psych evaluation with S.Tirrochi, because you clearly have issues as I stated previously there are no cameras in your cell. You are being charged for copies, not case law requests.~~

SIGNATURE [signature] TITLE [signature] DATE 2-1-07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

February 28, 2007

Exhibit 25 #08-109 ML

Mr. Norman Lawrence, ID# 063325
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Lawrence:

Copies of your February 25 letter to me were sent to Deputy Warden Donna Collins and Clinical Director Fredric Friedman for their review and appropriate action.

Deputy Collins will ensure that your complaints about staff are investigated. For your future reference, a chain of command is in place to ensure inmate complaints are handled in a timely manner by appropriate staff. Legitimate complaints regarding staff misconduct may be reported to Deputy Warden Collins, Warden Weeden, Assistant Director Gadsden, the Office of Inspections (via collect telephone call to 401-462-2551, or in writing in care of Administration Building B, 39 Howard Avenue), or the on-grounds R.I. State Police detectives (via collect telephone call to 401-462-2650, or in writing in care of Administration Building A, 40 Howard Avenue) if criminal activity is involved.

Dr. Friedman will ensure that you receive appropriate mental health treatment. You may also write directly to him in care of the John J. Moran Medium Security Facility's administrative area.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

cc (w/enclosure):
D. Collins (Please advise me of your findings.)
F. Friedman (Please advise me of your findings.)
J. Weeden (FYI)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**
Ashbel T. Wall, II, Director
40 Howard Avenue
Cranston, RI 02920

Tel: (401) 462-2611
Fax: (401) 462-2630
TDD: (401) 462-5180

Exhibit 26 #08-109 ML

April 16, 2007

Mr. Norman Laurence, ID# 063325
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Laurence:

I received several letters from you on/about 4/13/07. Copies of all have been forwarded to Deputy Warden Collins and Scott Tirocchi for their review and action they deem appropriate.

As you know, the Deputy Warden is responsible for the day-to-day operations within the facility, to include staff supervision and inmate discipline. In addition, it is my understanding that you have a rapport with Mr. Tirocchi.

Sincerely,

A.T. Wall

Ashbel T. Wall, II
Director

cc: J. Weeden
F. Friedman
S. Tirocchi
File

**Inmate Id: 0063325** **Inmate Name: NORMAN LAURENCE** **Sec: HS**

Incarceration No: 0063325 Area/Cell: E E10

Job Code: SRG Level: 2 Enemy Level: Exhibit 27 #08-109 ML

**Discipline No: 000029042**

Infraction Date/Time: 4/10/2007 09:24:00 Infraction Sec: HS

Charging Staff Member: Worden

Place Of Infraction: HS Place Of Booking: emod interview room

ORIGINAL- Infraction Code: 107 Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
Disobeying a Clearly Stated Order in a Manner that Conveys a Deliberate Challenge to Autho rity and Jeopardizes the Safety, Security, and/or Orderly Operation of the Facility

Filed Date/Time: 4/12/2007 14:12:02 Inmate Demeanor: DECEITFUL

**Infraction Narrative:**

At 0924 I escorted Laurence to the interview room to make a phone call. Also at this time SIU Begones was in to question Prout and Cable about the fight they had in the EF cages at 0843. I left Laurence after he dialed the phone to handcuff Prout, then Cable. After Bego nes was finihed with his questioning, Laurence stated that he did not get through. I asked Begones to check the records to confirm this. On 4/12/07 Begones informed me that Lauren ce DID, "in fact", make contact with his mother and even commented about the fight between Prout and Cable.

Witnesses: Begones

**S.O. REVIEW:** **READ BY: Violante**

Inform Date: 04/16/2007 08:40:00 Hearing Date: 04/19/2007 13:00:00

Demeanor: ARGUMENTATIVE Inmate Plea: NOT GUILTY

Status AWT Hear: NORMAL Waive 24 Notice: NO

Req Rep Present: YES Req Witness: YES

Witnesses: Begones

**Inmate's Statement:**
Inmate states he did not get through but he did make a call in the afternoon. He requests Investigator Forge as a witness.

**Superior's Comments:**
Valid booking, warrants hearing.

Evidence recieved From Tony Amaral on or near 4/24/07. Booking For phone call I Never made

[signature] 2 17 2009 #54798
NOTARY public

[signature] Norman Laurence JR
Norman Laurence JR

**Inmate Id: 0063325** **Inmate Name: NORMAN LAURENCE** **Sec: HS**

Incarceration No: 0063325 Area/Cell: E E10

Job Code: SRG Level: 2 Enemy Level:

Exhibit 28 #08-109 ML

**Discipline No: 000029042**

**HEARING:**

Hearing Date: 4/19/2007 09:46:48 Offender's Plea: NOT GUILTY

Rep Counselor: Amaral

Req Witness: YES Waive 24 Notice: YES

**Offender Statement:**
Not Guilty I did not get through I called later and got through. That is the call

**Witness(s) Statement:**
SiU informed me he did make the call

**Officer's Statement:**
Guilty due to report and SIU

**Finding: GUILTY** **Class. Review: NO** **Req Ward Review: YES**

Infraction Code: 107 Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGHEST(NON-PREDATORY)

Infractions Description:
Disobeying a Clearly Stated Order in a Manner that Conveys a Deliberate Challenge to Autho rity and Jeopardizes the Safety, Security, and/or Orderly Operation of the Facility

Hearing Off. Sig: Doyle

**SANCTIONS:**

| | |
|---|---|
| DISCIPLINARY CONFINEMENT | 021 |
| LOSS OF GOOD TIME | 021 |

DISP010.RPT 74 R.I. DEPARTMENT OF CORRECTIONS DATE: 04/24/2007
PAGE 01

* Warden's Review Letter *

Exhibit 29 #08-109 ML

TO: INMATE NORMAN LAURENCE 0063325
SECURITY HS E E02

FROM: Donna Collins Deputy Warden Corrections
INFR SEC HS

SUBJECT: DECISION OF THE WARDEN'S REVIEW

BOOKING 0029042 4/10/2007 107 DISOBEDIENCE

Disobeying a Clearly Stated Order in a Manner that Conveys a Deliberate Challeng e to Authority and Jeopardizes the Safety, Security, and/or Orderly Operation of

A REVIEW OF THE MATERIALS PERTAINING TO YOUR DISCIPLINE HEARING HAS RESULTED IN THE FOLLOWING DETERMINATION ON YOUR REQUEST FOR A WARDEN'S REVIEW

| HEARING DATE/TIME | WARDEN SIGN DATE/TIME |
|---|---|
| 4/19/2007 09:46:48 | 4/24/2007 18:54:07 |
| GUILTY | APPROVED |

HEARING 107 Disobeying a Clearly Stated Order in a Manner that Conveys a Deliberat

WARDEN 318 Failing/Refusing to Comply with Telephone Procedures (e.g., using anot

HEARING SANCTIONS
DISCIPLINARY CONFINEMENT FOR 021 DAYS
LOSS OF GOOD TIME FOR 021 DAYS

WARDEN SANCTIONS
LOSS OF PRIVILEGES FOR 007 DAYS
LOSS OF TELEPHONE FOR 020 DAYS
LOSS OF GOOD TIME FOR 007 DAYS

STARTS 4/26/07
off 5/3/07

RATIONALE BASED ON INFO/STMTS LETTER RECEIVED

Infraction changed to more accurately reflect offense. Note you were authorized to call your attorney, not make a personal call.

Evidence recieved From C/O Dennette on 4/26/07

[signature] 2/17/2009 10:47.98
Notary public

[signature: Norman Laurence Jr]
Norman Laurence JR

Exhibit 30 #08-109 ML

CORRECTIONAL
BILLING
SERVICES

| | | |
|---|---|---|
| 1 | State Tax | .12 |
| **Total** | | **$1.87** |

## Itemized Calls

### Collect Calls

**Billed on behalf of T-Netix**
**Operator Assisted**

| no. | date | time | received from | number | rate period | min:sec | amount |
|---|---|---|---|---|---|---|---|
| 2 | 4/10 | 1:23pm | Providence RI | 401-824-5001 | day | 11:00 | $1.75 |

**Total of T-Netix** **$1.75**
**Total Collect Calls** **$1.75**

Exhibit 31 #08-109 ML ~~Exhibit~~

**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**DEPARTMENT OF CORRECTIONS**
**INTER-OFFICE MEMO**

5/9/07
Did not come
threw low side

To: Inmate Norman Lawrence, ID #63325
E Mod/E02

From: Donna Collins, Deputy Warden DC
High Security Center

Date: April 27, 2007

Re: **Letters to Director Wall**

---

Director Wall has referred the numerous letters that you recently sent him to my attention. Director Wall and I are in agreement that most concerns are more efficiently addressed at a local level – namely at the facility.

Please be advised that I am very willing to address your concerns as best as I can. From my vantage point at the facility, I know the inmates, staff, and facility operations well. I encourage you to bring your questions and problems to my attention first, either via a request slip or when I make my rounds throughout the building.

DC:smh

cc: A.T. Wall, Director
Ann Fortin, Asst. to the Directc
File

Exhibit ~~A~~ ~~A8~~

cc: CO Manning

Exhibit 32 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 4/27/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I TAlked To you quite some Time Ago From E1 About copying my 2 LAW SUITS CA NO ~~[illegible]~~ 07-066ML And CA NO 07-081 ML I Believe you Told Me you would GeT BAck To me. ITS Been several weeks I need To serve nFFly 60 DeFendants with A 80 pAGe LAW SuiT

INMATE NAME Norman LAwrence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: E2

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

Before MAy 20 2007 and I need To serve defendanTs with 116 PAGe LAw SuiT ~~Before~~ The 80 PAGe is A priority we discussed mr Grant waiving service, Ive Experienced This Before can you Grant me permission

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: During our last discussion you indicated that if Mr Grant would accept service on behalf of the Dept. one copy would be sufficient. He is willing to do that

SIGNATURE D Collins TITLE Deputy DATE 4/30/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

**RECEIVED** APR 30 2007

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

1

Exhibit 33 # 08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 5/10/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I sent A Law suit To Be copied on Tuesday. I sent A request slip To c/o Manning which c/o Dennette Gave him. it Explained How many copys I needed I Explained That I needed To serve c/o Spadoi with A copy of C.A. no 07-081 ML Before That statute of Limitations runs out on 5/20/07

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: E2

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

I Asked For At least one copy so I could serve c/o Spadoni. My Law suit was returned To me Today and I was Told That c/o Manning called you and That you Told him not To copy My Law suit.

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE c/o [signature]

**Disposition of Case**

RESPONSE: Mr Laurence - you have requested an excessive number of copies. I do not presently have the supplies on hand to grant your request. I am looking into options and consulting with DOC legal. I'll get back to you no later than Monday. Thank you for your patience.

SIGNATURE D Collins TITLE Deputy DATE 5-11-07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S - 10

Exhibit 34 #08-109 ML

Dear Mr Grant 5/22/07

I spoke To Deputy collins Today I showed her your letter directing me To serve all aci defendants. she said she all ready received That letter. I said Then I can copy my Law suits she said no I dont have The supplys To do That many copys she said why dont you Just sue 3 people she said she has no money. I Explained To her if I only sued 3 people The 3 people can use That For a defense she said if you over ride her Then she will allow it. Sounds To me like yous are playing a game of The Mon Key in The middle I have less Then 30 days left. I need For you To instruct Deputy Collins To provide me with The means To copy my Law suits or except service on Behalf of your clients That are Blocking my path To service of process

Sincerly
Norman [signature]

cc/ me

Exhibit 35 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 7/4/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) On July 4 07 while working on my Appeal For supreme court For which I'm pro-se I was observed working on my case By the use of A concealed cameras in my Light Fixture in C Module cell 6 during the 7-3 shift while c/o Bouley was

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C 6

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

in C control center on July 2/07 I was observed writing The State police on The 3-11 shift I have Forwarded A seperate slip requesting A Grievance Because I object to it. its mental pain

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Mr Lawrence, I am 100% certain that you were not observed by a concealed camera on July 4, 2007. You have my word

SIGNATURE D Collins TITLE Deputy DATE 7/5/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

RECEIVED JUL 5 2007

DISTRIBUTION:

REQUEST
WHITE - DESIGNEE
YELLOW - "
PINK - "
SALMON - INMATE

RESPONSE
WHITE - INMATE
YELLOW - ASSOCIATE DIRECTOR
PINK - DESIGNEE

S - 10

Exhibit 36 #08-109 ML    Exhibit 4 (6)

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT Getter DATE: 7/4/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I would Like A Grievance Because IM Still Being used For entertainment By Main control center There still watching me do Law work IM pro-se This Building and ITS OFFICES are violating My constitutional Rights For Many years now with All

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: C 6

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

due respect My Bed is FAr AwAy From The window This is cruel And unusual Treatment, punishment, And Living Conditions IM subjected To psychological warfare

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: Referring to ~~Psychological~~ Psychological Services as there is no Camera in your cell.

SIGNATURE [signature] TITLE ______ DATE 7/05/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

**S - 10**

Request For Grievace Form

Exhibit 37 08 109 ML

R.I. Dept. Of Corrections

REQUEST FORM

TO: LT Getter DATE: 8/7/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Im requesting A Grievace Form, I have A Fourth amendment right not to have unwanted things done to my Body and A Liberty interest in Freedom From Bodily restraint. eversince A inmate went to court To corrn this morning Ive Been under heavy scrutiny. which is normal, IM Acting out of

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: A 15

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

character because IM exhausted From being observed 24 Hrs A day 7 days A week 365 days A year with cameras in my cell IM psysically And mentaly exhausted, its not Guilt its exhaustion From Being scrutinized/examined constantly

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

Recd 8/16/07

RESPONSE: Referring to Scott Terrocchi

SIGNATURE [signature] TITLE DATE 8/17/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 38 #08-109 ML

R.I. Dept. Of Corrections

1 copy

**REQUEST FORM**

TO: Deputy Collins DATE: 8/23/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) on or near 7/31/07 I mailed a appeal to the R.I. Supreme Court and I mailed a copy of the appeal to the Attorney General office I used money transfer slips I have a copy for the one mailed to the AG office with what appears to be your signature but no receipt for the one to the

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: A 15

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

Supreme Court. did you sign one? my reason for asking is my mail has been stolen and tampered with in the past

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE: Please submit another transfer slip. The envelope has been located and is in my office. I will send it out promptly when I receive your transfer slip.

SIGNATURE D. Collins TITLE Deputy DATE 8/24/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

RECEIVED AUG 24 2007

S - 10

Exhibit 39 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 10/12/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) On 10/11/07 C/O Sousa Told me Captain Anderson Said I could Bring Law Books To My cell. Then At Supper Time he Told me Captain Anderson Said Those are The Last Books you'll Be Bringing To your cell. I Feel like I'm Being SubJected To psychological games. This sent

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

me into A psychosis last night. I'm Asking For A Grievance I need 2. Mr Wall Told me To write you. My earlyer requests For Grievances related To other Matters have Been ~~denied~~ ignored so I'm Asking you Thank you

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

**S - 10**