Exhibit 40 #08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 10/12/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) My Second Grievance is ABOUT The MAin Control Center FABricateing events and causeing me nervousness, Grief, when I Go To The Library and during My Life in General, and while I'm out side, everyTime I Go To The LiBrary or yard who ever Listens To me Falsely Accuses me of stuff I dont do.

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C3

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

And Makes Allegations I'm passing notes which Makes Me Extremely paranoid At The Library. If I discuss Law or Ask A question I receive retalitory Treatment and I'm subjected To Games and Threats and innuendoes Thank you!

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

SIGNATURE TITLE DATE

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10

Exhibit 4

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: Deputy Collins DATE: 8/23/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Any word on The B STATUS Being Signed yet? you never Got Back To Me, your Attention To This Would Be Appreciated. Thank you

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: A 15

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE

**Disposition of Case**

RESPONSE: Not yet. It is still on Asst Director Gadsden's desk. I put in a favorable recommendation on your behalf

SIGNATURE Donna Collins TITLE Deputy DATE 8/24/07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

RECEIVED AUG 24 2007

Deputy Collins refered me to you!
Exhibit 42 #08-109 ML
KAP

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT. Sayles DATE: 11/29/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Ive Been repeatedly Charged For over charged For mail and Ive Been Charged For interdepartmental MAIL. And officers 2 inparticular c/o North and c/o rodriquez ect Find out what I write in my cell. And Then say They seen it Threw My window And

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: C3

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

I Allege FABrications half Truths Are Told To Every one, And inmates, And everyone has Gotten very comfortable with This seen it Through The window Everything I write and dont Mail or destroy is common Knowledge.

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE ______

**Disposition of Case**

RESPONSE: ______

SIGNATURE ______ TITLE ______ DATE ______

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | - DESIGNEE | WHITE | - INMATE |
| YELLOW | - " | YELLOW | - ASSOCIATE DIRECTOR |
| PINK | - " | PINK | - DESIGNEE |
| SALMON | - INMATE | | |

S - 10

Exhibit #4 #08 Exhibit 43 #08-109 ML Exhibit 9

2003/108

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE #13

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

From: (name) Norman (First) Laurence (Last) MI 63325 RIDOC ID #

Facility: (circle one) ISC **(HSC)** MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: High Security B Module C Module, SCG

Grievance / Complaint: For A long Period of Time I have heard officers TALK ABOUT A Psychiatrich Report AND The Contents. I've heard allegations of A hidden CAmera in my Light Thats used for mental health purposes. Every one Knows what I do in my cell what I write And to whom. I've heard officers openly discuss This And now I'm Being Taped I've Been Harrassed And Humiliated due to this.

10/16/03 — Date

Norman Laurence — Inmate's Signature

10/18/03 — Date Recieved

L.D. Glenn — Staff Member's Signature

Denied 10-17-03

PART B - RESPONSE

Date Received

Signature - Associate Director - Warden

There is no camera in your cell. You may speak to mental health services about this issue. Your grievance is therefore denied.

11/20/03 — Date

~~Associate Director~~ - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

EXHIBIT 93 EXHIBIT 63

EXHIBIT 44 #08-109 ML

2003-107

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

**REQUEST FOR RESOLUTION OF GRIEVANCE**

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden Level 2, Director

INMATE NORMAN LAWRENCE

From : (name) NORMAN LAURENCE (First) (Last) (MI) RIDOC ID # 63325

Facility: (circle one) ISC **(HSC)** MAX MED MED II MIN WR WOM/DIX COM.COMF.

C10 Jumper 10-17-03

PART A - INMATE REQUEST

Facility where alleged incident occurred: High Security Hospital

Grievance / Complaint: Correctional officers have been heard TALKING ABOUT MY Counseling sessions with Audrey ELMAN. This Summer I heard officers Filed Reports on the contents of conversations They heard while I was seeing Ms ELMAN. IF They Knew of this and Failed to Fix it its a violation OF MY CONSTITUTIONAL Rights. I don't what to see Any Psychologists

10/16/03 — Norman Lawrence
Date — Inmate's Signature

10/18/03 — LD Getter
Date Recieved — Staff Member's Signature

**PART B - RESPONSE**

**Date Received** **Signature - Associate Director Warden**

Investigation into your grievance reveals no substantial evidence of staff misconduct. Every effort is made to accommodate privacy for inmates, and security for staff. Under normal circumstances and with prudent voice levels, conversations cannot be overheard. Your grievance is therefore denied.

12/1/03
**Date**

**~~Associate Director~~ - Warden**

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

Exhibit 45 Exhibit #08-109 ML

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

NORMAN LAURENCE

v.

C. A. NO. 03-6046

A. T. WALL, et al

DEFENDANT CHRIS HEBERT'S RESPONSES
TO PLAINTIFF'S INTERROGATORIES

"1) Did you talk to Norman Laurence on 3/23/04 about a camera(?)"

**RESPONSE:** Do not remember date or subject.

"2) Why did you talk to Norman Laurence on 3/23/04 (?)"

**RESPONSE:** Objection.

"3) Did Norman Laurence tell you there was a camera in his light(?)"

**RESPONSE:** Yes.

"4) Did you tell Norman Laurence that he was delusional for his belief that there was a camera in his light(?)"

**RESPONSE:** Yes.

"5) Did you write a report of your conversation with Norman Laurence(?)"

**RESPONSE:** Objection.

"6) Did you tell officers that Norman Laurence was delusional(?)"

**RESPONSE:** No.

"7) Was Norman Laurence given a direct order to talk to you(?)"

**RESPONSE:** I do not know.

"8) On 3/23/04 did Norman Laurence try to leave the room(?)"

**RESPONSE:** I do not remember.

"9) Did you tell the R. N. Cheryl Bailey that you thought Norman Laurence was delusional(?)"

**RESPONSE:** I do not remember.

"10) How was Norman Laurence's demeanor on 3/23/04(?)"

**RESPONSE:** I do not remember.

Chris Hebert

Subscribed and sworn to before me, on this the 20th day of June 2005.

Notary Public
My Commission expires 9-9-05.

Exhibit 46 # 08-109 ML

24.02-2 DOC
Attachment D
Page 1 of 1

# RHODE ISLAND DEPARTMENT OF CORRECTIONS

## INMATE TELEPHONE SYSTEM
## CHANGE FORM

**(FORM MUST BE PRINTED AND LEGIBLE)**

***THIS FORM MUST CONTAIN COMPLETE INFORMATION, BE LEGIBLE, AND MUST BE COMPLETED IN BLUE OR BLACK BALLPOINT PEN. FORMS WHICH DO NOT MEET THESE REQUIREMENTS WILL BE RETURNED WITHOUT ACTION.***

Inmate's Name:______________________________ ID #:________________

Date of Birth:______________________________ PIN #:________________

Facility:______________________________ Cell Assignment:________________

Inmate's Signature / Date:______________________________________________

*ALL INMATE TELEPHONE CONVERSATIONS, EXCEPT THOSE BETWEEN INMATES AND ATTORNEYS, INMATES AND RIDOC SIU STAFF, INMATES AND RIDOC OFFICE OF INSPECTION STAFF, INMATES AND RHODE ISLAND STATE POLICE ARE SUBJECT TO MONITORING AND/OR RECORDING.*

| Circle | Name of Called Party | Relationship | Area Code | Telephone Number |
|---|---|---|---|---|
| 1. Add Delete | | | | |
| 2. Add Delete | | | | |
| 3. Add Delete | | | | |
| 4. Add Delete | | | | |
| 5. Add Delete | | | | |
| 6. Add Delete | | | | |
| 7. Add Delete | | | | |
| 8. Add Delete | | | | |
| 9. Add Delete | | | | |
| 10. Add Delete | | | | |

***THE FOLLOWING (APPROVED) ATTORNEY NUMBERS WILL NOT BE RECORDED. ATTORNEY NUMBERS MUST BE BUSINESS (OFFICE) NUMBERS AND MUST BE INCLUDED IN THE SUPREME COURT ACS ATTORNEY REGISTRATION***

| Circle | Name | Area Code | Telephone Number |
|---|---|---|---|
| 1. Add Delete | | | |
| 2. Add Delete | | | |
| 3. Add Delete | | | |
| 4. Add Delete | | | |
| 5. Add Delete | | | |

Reviewed by:______________________________ Date:________________

Approved by:______________________________ Date:________________
Warden / Deputy Warden

☐ Emergency Change (Requires Warden's Signature) ☐ Quarterly Change

**YELLOW COPY – TO INMATE**

EXhibit
Exhibit 47
#08-109ML

R.I. Dept. of Corrections

**REQUEST FORM**

TO: L.T. GetteR DATE: 9/10/04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I would Like A GrievAwce Form. To Grieve MR Amaral Being in The MAIN CONTROl CENTER WATChing me use The Toilet FACiTies Awd other private ThiwGS with out a Security clearence

INMATE NAME Vorman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: F4

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE CC'D [illegible] 9-10-04

**Disposition of Case**

RESPONSE: Please be informed that Counselor Amaral has the authority to enter Control Centers. He speaks with the Area Officers concerning inmate issues as part of his job. He is never alone in a Control Center. Correctional staff have not reported any inkling of a suspicion of misconduct

SIGNATURE Lt. C. Getter TITLE ______ DATE 9/11/04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW. with regard to your complaint I believe you have experienced a coincidence, but have attached a grievance form if you feel you have evidence to support your complaint.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

Exhibit 1:08-109 ML Exhibit 7

## R.I. Dept. of Corrections

## REQUEST FORM

TO: Deputy Reynolds DATE: 6/23/04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I need to see a psychologist, I can't see Cris because for one I'm sueing him. Two he said I'm delusional for complaining about a camera in my light. Three he's just a social worker. I need a

INMATE NAME Norman Lauriau I.D.# 63325

WORK ASSIGNMENT: ——— CELL NUMBER: C#1

H.S.C. ____ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

liscensed psychologist. I'm under a great deal of stress being observed 24 hrs a day and talked about 24 hrs a day as well as being harrassed every day except today.

WING OR DETAIL OFFICER'S COMMENTS: ____

OFFICER'S SIGNATURE [signature]

### Disposition of Case

RESPONSE:

I have (via telephone voice mail) informed Dr. Friedman, Mental Health Services, DOC regarding your above request.....

SIGNATURE [signature] TITLE Captain DATE 6/29/04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

(3)

S-10

EXHIBIT 49
# 08-109 ML

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden — **Level 2, Director** (circled)

From : (name) Norman Laurence (First / Last / MI) — RIDOC ID # 63325

Facility: (circle one) ISC **HSC** (circled) MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred : High Security B Mod C Mod

Grievance / Complaint : I Filed A Grievence and complained That I was Being harrassed By certain officers By The use of A psychiatrich Report And That officers Talked about every Thing I did in My cell. And how I WAS Being WATched With A Camera. Deputy Reynolds Said theres no camera in My cell. I SAY There is I M WATched useing The BAThroom ect

11/8/04 — Norman Laurence

Date — Inmate's Signature

Date Recieved — Staff Member's Signature

PART B - RESPONSE

Date Received — Signature - Associate Director Warden

Date — Associate Director - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

10 484 Exhibit 16

Exhibit 50
#08-109 ML

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden — Level 2, Director (circled)

From: (name) Norman Laurence — First / Last / MI — 63325 RIDOC ID #

Facility: (circle one) ISC — HSC (circled) — MAX — MED — MED II — MIN — WR — WOM/DIX — COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: High Security B Mod C Mod

Grievance / Complaint: I Filed A Grievance That officers were Talking About The Contents of My counseling Sessions with Audrey elman and That My Constitutional Rights were violated. Deputy Reynolds said Theres no evidence of STAFF Misconduct I Recently learned That SIU had a Listening device in The hospital Recording My conversations and Shareing The Tapes with officers

11/8/04 — Date

Norman Laurence — Inmate's Signature

Date Recieved — Staff Member's Signature

PART B - RESPONSE

Date Received

Signature - Associate Director
Warden

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

233 Exhibit 12

EXHIBIT 51
#08-109 ML

233

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden | Level 2, Director (circled)

From : (name) Norman LAurence
First | Last | MI | RIDOC ID # 63325

Facility: (circle one) ISC | HSC (circled) | MAX | MED | MED II | MIN | WR | WOM/DIX | COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred : High Security B module

Grievance / Complaint : on August 21 2004 I Learned That I was Taped while masterbateing And useing The Bathroom and That These Tapes were Turned in To photographs and mailed To my exGirlFriend And That she recieved a LARge settlement I was A victim of A crime and no one Told me I should Be Legaly compensated For my injury That I sustained here At High Security

11/8/04 | Norman Laurence
Date | Inmate's Signature

Date Recieved | Staff Member's Signature

PART B - RESPONSE

Date Received | Signature - Associate Director Warden

Date | Associate Director - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

R ... Exhibit 52 #03-10 ... Exhibit 12

Exhibit ~~(8)~~ EX

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

c/c Dept. 11-23-04

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden — Level 2, Director

From : (name) NORMAN LAURENCE (First, Last, MI) — 63325 RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred : CLASSIFICATION AUGUST 30 2004

Grievance / Complaint : while OUT Side The Board I heard TONY AMAral Tell The Board That he went in Main Control TO See ME MASTER BATE and use The Toilet, he said (I heard So Much about IT I wanted TO See For My self The Deputy TOld him he did not have a Security Clearence, MR AMARAL Blamed IT On The OFFICER and Asked The Deputy NOT TO Tell That he RATTED

11/21/04 — Date

Norman Laurence — Inmate's Signature

Date Recieved — Staff Member's Signature

**PART B - RESPONSE**

**Date Received** — **Signature - Associate Director Warden**

**Date** — **Associate Director - Warden**

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

PART 2 COMPLAINT EXHIBITS

Exhibit #53
#08-109ML

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

C/O Duran 11-22-04

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) Level 1, Warden Level 2, Director

From: (name) Norman Laurence
First Last MI

63325
RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: Classification August 20 2004

Grievance / Complaint: The officer out Mr Alvarado explained that him watching me was justified because he took a class in college he talked about the size of my feces and asked the Deputy why I masterbate with my leg in the air I feel violated and victimized and asked to be compensated for viewing me like Im a animal in the zoo Respectfully.

11/21/04 Norman Laurence
Date Inmate's Signature

Date Recieved Staff Member's Signature

PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Date

Associate Director - Warden

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

Exhibit 54 #08-109 ML

13.10 DOC
Attachment 2
Page 1 of 1

# Rhode Island Department of Corrections

## REQUEST FOR RESOLUTION OF GRIEVANCE

c/c Duarte 11-23-04

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden Level 2, Director

From : (name) Norman Lawrence — First / Last / MI — 63325 RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

## PART A - INMATE REQUEST

Facility where alleged incident occurred : ______

Grievance / Complaint : This Harrasment has Been Going on Since June of 2003 The Main Control officers Tell every one what Im doing in my cell Im like a TV made Soap opera in my cell For people to watch and Make Jokes It has caused me Sever Constipation and Mental anguish misery and suffering Mr Amaral is only one of Many and he has no Remorse

11/21/04 Norman Lawrence

Date Inmate's Signature

______ Date Recieved ______ Staff Member's Signature

## PART B - RESPONSE

**Date Received** **Signature - Associate Director Warden**

**Date** **Associate Director - Warden**

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

Exhibit 55
Exhibit 55
#08-109 ML

BARRY W. WALL, M.D.
184 WATERMAN STREET
PROVIDENCE, RHODE ISLAND 02906

(401) 273-1010

February 27, 2007

Mr. Norman Laurence
P.O.B. 8200
Cranston, Rhode Island 02920

Dear Mr. Laurence,

I received your letter dated 2/15/07. Once again, you have asked me to provide you a copy of the psychiatric report of you that I completed in 1999, as well as the audiotapes of our interview. As I mentioned to you during my interviews and in my 6/29/04 letter to you, I provided my report to Atty. Soccio. I assume that she provided a copy of that report to your defense attorney and to the court. I never released copies of the audiotapes to anyone; they remain on file in my office.

If you want a copy of the 1999 evaluation report, you can obtain it through the defense attorney who represented you. If you have an attorney currently working on an appeal of your case, please provide me with the name of that attorney, and after you sign a release authorizing me to provide him or her with a copy of the 1999 report and/or copies of the audiotapes, I will provide them to your attorney.

In response to your letter, I again contacted Dr. Fred Friedman, Director of Psychology and Mental Health at the ACI, to let him know that I received a letter from you.

Yours truly,

Barry W. Wall, M.D.

cc: Cindy Soccio, Esq.,
Assistant Attorney General
Department of the Attorney General
150 South Main Street
Providence, Rhode Island 02903

Frederic Friedman, Psy.D.
Department of Corrections
Cranston, Rhode Island 02920

32f Exhibit 37

Exhibit 56
#08-109 ML

R.I. Dept. of Corrections

**REQUEST FORM**

TO: Tony AMARal DATE: 11/26/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) MAY OF 2004 Inmates and officers Alleged That Some one sent A psychiatrich Report To Channel 6 news and They say The report pertained To me Both officers and inmates have harassed

INMATE NAME Norman Lawrence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: F S

H.S.C. ✓ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

Me with This so called Report and I heard The STATE police and D.A. TAlk ABout iT on 1/17/06, CAn you GeT me The Address To channel 6 news please

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE T/O Henry

**Disposition of Case**

RESPONSE: I Believe These REPORTS U Belive were sent To Channel 6 ARE FALSE. & were Never sent.

SIGNATURE T. Amaral TITLE AL DATE 12-4-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |

Exhibit 56

R.I. Dept. of Corrections

#56

Exhibit 57 #08-109 ML

**REQUEST FORM**

TO: Tony Amaral DATE: 10/30/06

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Can you Get me the address of the Federal prosecutors Office ~~address~~, some one in this Building Committed a Federal offense By sending pictures of me To a Gretchen nelson, Also could you help me call a MS Ann Marie Decosta a cart

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: ______ CELL NUMBER: F5

H.S.C. ______ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

clerk At prov Superior court? and could you Give me a inmate ledger please. I only need The month of october withdrawels and Balance Thank you

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE: (1.) MRS DECOSTA DOES NOT TAKE CALLS FROM INMATES WHAT IS IT U NEED?

SIGNATURE [signature] TITLE [signature] DATE 11-8-06

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE - | DESIGNEE | WHITE - | INMATE |
| YELLOW - | " | YELLOW - | ASSOCIATE DIRECTOR |
| PINK - | " | PINK - | DESIGNEE |
| SALMON - | INMATE | | |

S-10

26 Exhibit 58 #08-109ML

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

**Department of Corrections**

ASHBEL T. WALL, II
*Director*

July 6, 2005

Mr. Norman Lawrence, ID# 063325
P.O. Box 8200
High Security Center
Cranston, RI 02920

Dear Mr. Lawrence:

Your 06/19/05 request for an out-of-state transfer was forwarded to Mr. Joseph A. DiNitto, Associate Director/Classification, for review and response. You should hear from Mr. DiNitto or his designee in the near future.

In addition, since your letter states that you have been "harassed by Correctional Officers and inmates for years" and that the majority of Officers have tried to get you hurt, copies of your letter were also forwarded Deputy Warden Donna Collins, who is responsible for the day-to-day operations of the High Security Center, to include staff supervision, and Warden James Weeden, for his information. Deputy Warden Collins will determine whether your complaints warrant investigation by the Office of Inspections.

Sincerely,

A. T. Wall

Ashbel T. Wall, II
Director

cc: J. DiNitto (for written response, with a copy to my attention)
D. Collins (for investigation; advise me, in writing, of your findings)
J. Weeden
J. Gadsden
Response Pending File

Exhibit 45

Exhibit 11

Exhibit 59
#08-109 ML

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

9-29-04

To: (circle one) Level 1, Warden Level 2, Director

From: (name) Norman (First) LAURence (Last) (MI) 63325 (RIDOC ID #)

Facility: (circle one) ISC HSC MAX MED MED.II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: High Security Main control center

Grievance / Complaint: On August 20, 2004 I heard Tony Amaral Tell Deputy Reynolds That he went in to The Main control center To see me For him self. He said I wanted To see For my self, and asked The deputy How come I masterbate under my Blanket, How come I don't pray on my knees And Then Talked about my Bowel movements And seeing my stool.

9/28/04 Norman Laurence

Date Inmate's Signature

9/30/04 [signature] HSC # 2004-0760

Date Recieved Staff Member's Signature

PART B - RESPONSE

Date Received

Signature - Associate Director Warden

Investigation into your grievance reveals no evidence of staff misconduct. Counselor Amaral cannot view you in the activities you describe from the location you state. Your grievance is therefore denied.

11/10/04

Date

[signature] Dep.

~~Associate Director~~ - Warden

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

EXHIBIT 23 EXHIBIT 47

EXHIBIT 60 #08-109

R.I. Dept. of Corrections

**REQUEST FORM**

TO: L.T. Getter DATE: 11/12/04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) CAN I please have 3 Grievance To Grieve To The Director one For Being denied To Exceed The copy limit, one For Being charged $10.50 For copys and one For Tony Amaral watching me

INMATE NAME Norman Laurence I.D.# 63323

WORK ASSIGNMENT: ——— CELL NUMBER: F 4

H.S.C. ✓ MAXIMUM ______ MEDIUM ______ MINIMUM ______

WOMENS ______ I.S.C. ______ WORK RELEASE ______

use The Bathroom and Talking About It ect Thank you

WING OR DETAIL OFFICER'S COMMENTS: ______

OFFICER'S SIGNATURE C/O Henry

**Disposition of Case**

RESPONSE: Issued.

SIGNATURE Lt Getter TITLE ______ DATE 11/12/04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | RESPONSE |
|---|---|
| WHITE - DESIGNEE | WHITE - INMATE |
| YELLOW - " | YELLOW - ASSOCIATE DIRECTOR |
| PINK - " | PINK - DESIGNEE |
| SALMON - INMATE | |

S-10

EXHIBIT 61 #08-109 2005-0035 EXHIBIT 26 EXHIBIT 25

13.10 DOC
Attachment 2
Page 1 of 1

2005-013 EXHIBIT 60 #08-109

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To : (circle one) Level 1, Warden (( Level 2, Director ))

From : (name) Norman Laurence — First / Last / MI — 63325 RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred : High Security F4 B#18

Grievance / Complaint : I WAS video TAped while in My cell and This TAPE was used TO humiliaTe and embarass me I'M STill Being video TAped and MONITORED By a video MONITORED I'M WATCHED useing The BATHROOM and doing legal work By MR Boyle, MCNULTY, GAWON DAUBAY etc

2/19/05 Date — Norman Laurence Inmate's Signature

2/23/05 LO Geller — HSC #2005-013

Date Recieved — Staff Member's Signature

**PART B - RESPONSE**

**Date Received** — **Signature - Associate Director Warden**

**Denied: Mr. Laurence, RIDOC places cameras in common areas of the prison. We do not place cameras in the cells of inmates. I can assure you that your cell does not have a camera in the light. Hence, I must deny your request to remove a camera.**

3/11/2005

3/11/2004 **Date** — [signature] **Associate Director - Warden**

Distribution:
Level 1: White - Warden : Canary - Dept. Griev. Coord. : Pink - Inmate : Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord. : Canary - Warden : Pink - Inmate : Goldenrod - Inmate

Exhibit ~~#8~~ Exhibit 62 #08-189 ML Exhibit 27 2005-0012

13.10 DOC
Attachment 2
Page 1 of 1

Rhode Island Department of Corrections

REQUEST FOR RESOLUTION OF GRIEVANCE

Instructions: Type or print using a ballpoint pen. All information must be legible on all copies. If more space is needed, attach additional sheets in quadruplicate. Attcach copy of previous Form (Informal Resolution Form).

To: (circle one) **Level 1, Warden** (circled) Level 2, Director

From: (name) Norman Laurence (First / Last / MI) 63325 RIDOC ID #

Facility: (circle one) ISC HSC MAX MED MED II MIN WR WOM/DIX COM.COMF.

PART A - INMATE REQUEST

Facility where alleged incident occurred: High Security F4

Grievance / Complaint: MR Bouley and MR McNutty watch me Do legal work and Go to the Bathroom and They tell people what I do in a attempt to harass me and embarass me, people use the monitor for entertainment in violation of My Right to Bodily privacy and They tape record me doing legal work

2/19/05 — Date

Norman Laurence — Inmate's Signature

2/23/05 — Date Recieved

[signature] — Staff Member's Signature

**PART B - RESPONSE**

**Date Received**

**Signature - Associate Director Warden**

**Your grievance id denied. Please be advised that there is no audio or video monitoring of your activities at this time.**

**Date**

**Associate Director - Warden**

Distribution:
Level 1: White - Warden: Canary - Dept. Griev. Coord.: Pink - Inmate: Goldenrod - Inmate
Level 2: White - Dept. Griev. Coord.: Canary - Warden: Pink - Inmate: Goldenrod - Inmate

Exhibit 63

State of Rhode Island and Providence Plantations

Exhibit 63
#08-109 ML

DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street, Providence, RI 02903
(401) 274-4400
TDD (401) 453-0410

*Sheldon Whitehouse, Attorney General*

December 12, 2002

Norman Laurence
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Laurence:

I am in receipt of your letter dated December 2, 2002. I was not aware of any tapes used by Dr. Wall in your evaluation. I certainly do not have nor was ever in possession of such tapes. Perhaps your questions and concerns should be directed to Dr. Wall. Unfortunately, I cannot assist you in this regard.

Sincerely,

Cindy A. Soccio
Assistant Attorney General
Juvenile Prosecution Unit

Exhibit 3

Exhibit 83

Exhibit 64
#08-109 ML

# Superior Court of Rhode Island

**Joseph F. Rodgers, Jr.**
**Presiding Justice**

*Associate Justices:*

Alice Bridget Gibney
Robert D. Krause
Melanie Wilk Thunberg
Vincent A. Ragosta
John F. Sheehan
Ronald R. Gagnon
Mark A. Pfeiffer

Patricia A. Hurst
Francis J. Darigan, Jr.
Judith Colenback Savage
Michael A. Silverstein
Stephen J. Fortunato, Jr.
Edward C. Clifton
Netti C. Vogel

William A. Dimitri, Jr.
O. Rogeriee Thompson
Gilbert V. Indeglia
Stephen P. Nugent
Edwin J. Gale
Susan E. McGuirl
Daniel A. Procaccini

December 18, 2002

Mr. Norman Laurence
P. O. Box 8200
High Security
Cranston, RI 02920

Dear Mr. Laurence:

Thank you for your letter of December 2, 2002.

I am in no position to provide you with legal advice, but I can say generally that if any person is making improper use of some other person's confidential medical records, then there is always the possibility that some legal action can be taken by the offended person.

Similarly, if you believe that Ms. Soccio is withholding records to which you have a lawful claim, you may also consider seeking relief in Court.

I hope you are well despite your difficult circumstances.

Very truly yours

Stephen J. Fortunato, Jr.
Associate Justice

SJF/jat

c: Cindy Soccio, Esquire

Exhibit 4

Exhibit ~~[illegible]~~ R.I. Dept. of Corrections

Exhibit 65
#08-109 ML 115

**REQUEST FORM**

TO: Lt. Gotter DATE: 5/19/04

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) Can I have a tooth Brush. Mine has Been spit on stepped on probably even dropped in the toilet, I heard it was urinated on to, can I also have a Grievance Form For a Law Book that was taken

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: CELL NUMBER: C 60

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

From me and Destroyed that was My personal Law Book.

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [illegible]

**Disposition of Case**

RESPONSE: ~~[illegible]~~ Please submit proof of purchase for the law book. One form for book attached. One form for your tooth-brush complaint, a new toothbrush will not be issued on "hear say."

SIGNATURE LQ Gotter TITLE DATE 5/21/04

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S-10

State of Rhode Island and Providence Plantations

DEPARTMENT OF ATTORNEY GENERAL
222 Quaker Lane • Warwick, RI 02886
(401) 822-2710

*Patrick C. Lynch, Attorney General*

Exhibit 66
#08-109 ML

April 29, 2005

Mr. Norman Lawrence
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Lawrence:

Thank you for your recent correspondence (4/9/2005, 4/17/2005, 4/22/2005). Unfortunately I have difficulty following your writing style. It appears that you wish to make complaint concerning your treatment by correctional staff at the facility in which you are currently housed. Additionally, it appears that at some point you provided someone in law enforcement information concerning the Troy Lassiter prosecution.

The Troy Lassiter retrial is being handled by Assistant Attorney General John McMahon. Accordingly, I have forwarded your letters to Mr. McMahon for his review and analysis.

Before I send your letters to Department of Corrections Internal Affairs I need to confirm that that is the action you wish me to pursue. A one-sentence acknowledgement of such will be sufficient. I would also like to advise you that since January of 2003 I am no longer the Chief of the Criminal Division. I am now responsible exclusively for criminal matters occurring in Kent, Washington or Newport Counties. Matters occurring in the Providence and Bristol Counties must be directed to Alan Goulart, Division Chief, Criminal Division.

Sincerely yours,

William J. Ferland
Assistant Attorney General

100 60

Exhibit 67
#08-109 ML

R.I. Dept. Of Corrections

**REQUEST FORM**

TO: LT GALAGAN DATE: 1/3/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) I sent you A request Form requesting A Grievance, I'm Also requesting another Grievance I want To Grievance That My Meals have Been very small As of Late, I Believe its retaliation For what I say in My Law suits and For what I write in My cell

INMATE NAME Norman Laurence I.D.# 63325

WORK ASSIGNMENT: — CELL NUMBER: F5

H.S.C.____ MAXIMUM ____ MEDIUM ____ MINIMUM ____

WOMENS ____ I.S.C. ____ WORK RELEASE ____

Ive witnessed a officer on several occasions say it was For what I said. and That his heart was not in to it I'm positive As I hear it all The Time or They say watch The Tray he Gets Tonight

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE [signature]

**Disposition of Case**

RESPONSE:

~~All food trays are of equal/adequate proportions and are visually inspected by the Officer prior to handling to facilitate the continuity of such.~~

SIGNATURE [signature] TITLE [signature] DATE 1-18-07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

6C intimidate harrass threaten arbitrary

Exhibit 68
#08-109 ML

R.I. Dept. Of Corrections

capricios
arbitrary
retaliatory act

**REQUEST FORM**

TO: Captain Anderson DATE: 1/31/07

I RESPECTFULLY REQUEST: (STATE PROBLEM - BE SPECIFIC) per order of D.O.C policy I need a Grievance to Grieve the actions of Lt Galagan c/o duarte Locking me in the shower for an hour give or take causeing me pain and discomfort, for his treatment and for the actions of c/o henry attempting to lock c/o clause c/o duarte and my

INMATE NAME Norman Lawrence I.D.# 63323

WORK ASSIGNMENT: CELL NUMBER: F5

H.S.C. MAXIMUM MEDIUM MINIMUM

WOMENS I.S.C. WORK RELEASE

self in my cell while looking directly at us. Lt. Galagan refuses to give me Grievance forms. c/o duarte has been disrespecting me all day told me theres no camera, and my law suit will go nowheres keeps telling me to shut up ect

WING OR DETAIL OFFICER'S COMMENTS:

OFFICER'S SIGNATURE C/c [signature] 1-31-07

**Disposition of Case**

RESPONSE:

Denied, you are on single recreation status as you requested for your own safety and could not be placed in the recreation areas with general population.

I suggest you write a formal request to be taken off single recreation status to avoid your alleged self-induced discomfort in the future.

SIGNATURE [signature] TITLE [signature] DATE 2-1-07

NOTE: YOU WILL NOT BE CALLED IF IT IS POSSIBLE TO DISPOSE OF YOUR REQUEST PROPERLY WITHOUT AN INTERVIEW.

DISTRIBUTION:

| REQUEST | | RESPONSE | |
|---|---|---|---|
| WHITE | DESIGNEE | WHITE | INMATE |
| YELLOW | " | YELLOW | ASSOCIATE DIRECTOR |
| PINK | " | PINK | DESIGNEE |
| SALMON | INMATE | | |

S - 10

Exhibit 39

Exhibit 69
#08-109 ML

# Superior Court of Rhode Island

Joseph F. Rodgers, Jr.
Presiding Justice

*Associate Justices:*
Alice Bridget Gibney
Robert D. Krause
Melanie Wilk Thunberg
Vincent A. Ragosta
Mark A. Pfeiffer
Patricia A. Hurst
Francis J. Darigan, Jr.
Judith Colenback Savage
Michael A. Silverstein
Stephen J. Fortunato, Jr.
Edward C. Clifton
Netti C. Vogel
O. Rogeriee Thompson
Gilbert V. Indeglia
Stephen P. Nugent
Edwin J. Gale
Susan E. McGuirl
Daniel A. Procaccini
Jeffrey A. Lanphear
Allen P. Rubine

November 16, 2006

Norman Lawrence
Inmate # 63325
High Security F-MOG, F-05
P.O. Box 8200
Cranston, RI 02920

Dear Mr. Lawrence:

As you know, you have regularly been sending correspondence to me and also to my Clerk, Ms. DeCosta. These letters represent, in large part, your concerns about your treatment at the ACI. It is necessary for me to request that you do not direct correspondence to me or to my Clerk, but rather, if you have concerns that your rights are being violated, that you institute litigation, either on your own or with the assistance of an attorney. I want to add that your letters have always been unfailingly courteous to me and to Ms. DeCosta, just as your behavior in the Court has always been exemplary. However, the proper procedure for any concerns about your own individual incarceration or about prison conditions, or the alleged harassment or invasion of your privacy by any member of the correctional staff, is to bring a lawsuit against people you believe have violated your rights.

I know you are in a very difficult situation, but I hope that the holiday season brings you some contentment and peace.

Very truly yours,

Stephen J. Fortunato, Jr.
Associate Justice

SJF/gar