UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Norman Laurence JR

V

No. 08-109 ML

Ashbel T Wall, et al

# MOTION TO AMEND CLASS ACTION

The plaintiff Norman Laurence Moves This
Honorable Court To Allow him To Amend his class
action To one plaintiff. Me. on 3\24\08 This
Honorable Court Granted Me Forma pauperis and
allowed Me To File a 22 page civil claim, paragraph
4, I Listed plaintiff inmates are incarcerated
at The High Security adult correctional institu
tion. your Honor civil rule 23 class actions
(c) Explains That whether To certify a class action
(1) (A) when a person sues or is sued as a represen
tative of a class, The court must at an early
practicable Time determine by order whether
To certify The action as a class action, on page
145 Rule 23 subdivision (c)(1) a determination
once made can be altered or amended before
The decision on The merits if upon Fuller develop
ment of The Facts, The original determination
appears unsound. A negative determination

Means that the actions should be stripped of its character as a class action, on page 146 sub division (c)(4) The members of the class may there after be required to come in individually and prove the amounts of their respective claims

your Honor I gave notice to inmates that in order to go forward with this class action I need inmates to provide me with Affidavits that there cells are searched with out them present. The inmates want nothing to do with me, there scared to deal with me and they have abused me so bad I take joy in closing the door on them, they have used me as a crash dummy. Mr palombo avers on page 2 of there answer at paragraph 4 it is further denied that this is a law full and proper class action. Defendants oppose any allegation or claim that this is a law full and proper class action. Ricky Mims said I'm in a class all by my self, I Request to move forward as the only plaintiff and I agree this is not a class action

wherefore I pray this motion will be Granted

Respectfully

Norman Lawrence Jr

7/10/08