**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**OBJECTION TO MOTION FOR RESTRAINING ORDER**

Now come the Defendants and hereby Object to Plaintiff Laurence's Motion for Restraining Order. In support, Defendants respectfully submit the following.

Laurence's Motion, fairly read and liberally construed, alleges that he is being abused and harassed while trying to prepare interrogatories in this case.

**The undersigned hereby represents, with emphasis, that Laurence has, in fact, propounded thirty-six (36) sets of Interrogatories to named Defendants in this civil action.** The undersigned is attempting to respond to as many sets of Interrogatories as possible within thirty (30) days of their receipt; however, it is anticipated that a motion for extension of time will be necessary to fully and fairly respond to all thirty-six (36) sets of Interrogatories.

WHEREFORE, Defendants respectfully requests that Plaintiff Laurence's Motion for Restraining Order be denied, and such other and further relief as justice may require.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that I filed the within document via the ECF system and mailed a copy of the within Objection, postage prepaid, on this 21st day of July, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*