UNITED STATES DISTRICT COURT
For The DISTRICT OF RhodE ISLAND

Norman Laurence

VS No.08-109 ML

Ashbell T WAll, eTal

MoTion For court order To serve DeFendanTs

plainTiFF norman LAurence served Eric croce, Joseph Forgue, Thomas pierce, and c/o Johanson, Audrey ELman and DR Friedman with a copy of The above civil CLAIM and I have not recived an answer From Them. The 60 days has expired For Mr eric croce and Mr Joe Forgue and Mr Johanson. The 60 days expire For Audrey elman and Dr Fried man on July 14, 08 The 60 days Expires For Mr Thomas pierce on July 30, 08

With all due respect To The court and Mr Thomas palombo on June 16Th 2008, Mr palombo Filed an OBJection To motions To amend and he averred That on grounds of Judicial economy That 45 defendants Filed an answer and 5 additional DeFendants Today Filed a Fed. R civ. P. rule 12(b)(6) MoTion To dismiss Laurences complaint DeFendanTs assert That on grounds of Judicial economy

and reasonableness, This civil action should proceed as currently pled. I commend Mr palombo on excepting service. with all due respect The 120 days To serve defendants Expires on or near July 24th 08. I need To know is Eric croce and Audrey Elman and Joseph Forgue willing To Except Service. I served Them with all the proper Forms as well as Thomas pierce, I also Served c/o Johanson. with all due respect I need Them To except Service or I need To have The Marshal serve Them

also your Honor a c/o Clause kept Telling me not To use names. when ~~every~~ Asking interrogatories. he said we dont Rat on each other; I understand That Mr palombo Thinks I have enough but This is not a nuisance and To suggest That watching me and video Taping me For years is a nuisance is an insult. I served Mr Eric croce, Audrey Elman, Joseph Forgue, and Dr Friedman, Thomas pierce, c/o Johanson, This Morning a couple officers were Laughing and said my interrogatories That were mailed This morning For John Lopez will Tie up The whole Law suit. not Exact words, I knew Thats what They wanted. word Travels Fast here. I disagree. where Fore I pray This motion will Be Granted

respectFully

7/16/08 Norman Laurence Jr