**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**MOTION FOR EXTENSION OF TIME**

Now come Defendants, A.T. Wall, Tony Amaral, William Begones, C/O Bouley, C/O McNulty and C/O Spadoni hereby move for an extension of time up to and including September 26, 2008, to answer or otherwise respond to Plaintiff's Interrogatories. As grounds, Defendants respectfully submit that twenty-eight (28) sets of Interrogatories have been completed and copied to Plaintiff. However, for a number of reasons, these sets of Interrogatories cannot be completed at this time.

WHEREFORE, Defendants respectfully request that this Motion for Extension of Time be granted and that Defendants are given up to an including September 26, 2008, to answer or otherwise respond to said Interrogatories.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion for Extension of Time was mailed, postage prepaid, on this 4th day of August, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*