**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NORMAN LAURENCE, JR., et al.**

**v.** **No. 08-109 ML**

**ASHBELL T. WALL, et al.**

**MOTION FOR PROTECTIVE ORDER**

Now come Defendants, Michael Grant, Jake Gadsen, James Weeden, Donna Collins and Robert Catlow ("Defendants"), and hereby move for a protective order as to Plaintiff Laurence's Interrogatories propounded to each of them.

As grounds, these Defendants have filed a Motion to Dismiss pursuant to Fed. R. Civ. P. Rule 12 (b)(6) for failure to state a claim upon which relief can be granted. Respectfully, on grounds of judicial economy and fairness, Plaintiff should not be permitted to conduct discovery as against these Defendants until the Honorable Court rules upon said dispositive motion.

WHEREFORE, Defendants, Michael Grant, Jake Gadsen, James Weeden, Donna Collins and Robert Catlow, respectfully request that the Honorable Court grant this Motion and issue a protective order as to Plaintiff Laurence's Interrogatories propounded to each of them until such time as the Court rules upon their Motion to Dismiss.

Respectfully submitted,

DEFENDANTS
By their Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

*/s/ Thomas A. Palombo*

Thomas A. Palombo, Bar No. 4212
Assistant Attorney General
150 South Main Street
Providence, Rhode Island 02903
TEL: (401) 274-4400, Extension 2296
FAX: (401) 222-2995

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Objection was mailed, postage prepaid, on this 28th day of August, 2008, to Norman Laurence, Pro Se, P.O. Box 8200, Cranston, Rhode Island 02920.

*/s/ Thomas A. Palombo*