UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.     CA 08-109 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on review of a Report and Recommendation issued by Senior Magistrate Judge Hagopian on April 2, 2009. I have reviewed the Report and Recommendation and adopt it in its entirety. Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* is hereby DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June  11 , 2009