UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.   CA 08-109 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Objection to a Report and Recommendation issued by Senior Magistrate Judge Hagopian on April 2, 2009. The Court has reviewed Plaintiff's Objection. The Court notes that Plaintiff states he does not object to a dismissal of Defendant Patrick Lynch from this case. Having considered Plaintiff's Objections to the recommended disposition as to the remainder of the Defendants, and, finding no merit in Plaintiff's Objections, the Court adopts the Report and Recommendation in its entirety.

Plaintiff's claims as to Defendants Gadsen, Weeden, Collins, Catlow, and Lynch are hereby DISMISSED. Plaintiff's claims against Defendant Grant are DISMISSED with prejudice.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
June 12, 2009