UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.                                                              CA 08-109 ML

A.T. WALL, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on October 20, 2009. This Court has reviewed the Report and Recommendation and Plaintiff's objection. The Court notes that Plaintiff's objection consists largely of the same type of conclusory allegations and unsupported factual assertions that were submitted to the Magistrate Judge. One who seeks the extraordinary remedy of injunctive relief must be prepared to submit **evidence** of the claimed wrong-doing and harm. Plaintiff's filings fail to meet even a threshold showing of such evidence. This Court, therefore, adopts the Report and Recommendation.

Plaintiff's Motion for a Restraining Order (Docket #140) and Motion for a Protective Order (Docket #147) are hereby DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
November 3, 2009