UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.  CA 08-109 ML

A.T. WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on objections to three Reports and Recommendations issued by Magistrate Judge Hagopian on September 30, 2010 (Docket #223), October 5, 2010 (Docket #224), and October 12, 2010 (Docket #225). Plaintiff has timely filed objections to those Reports and Recommendations.

This Court has reviewed the Reports and Recommendations and Plaintiff's objections. Finding no merit in Plaintiff's objections, the Court adopts the Reports and Recommendations in their entirety.

The Motion to Dismiss (Docket #175) filed by 23 defendants is GRANTED.

The Motions for Summary Judgment filed by Defendant Croce (Docket #157) and Defendant Soccio (Docket #159) are GRANTED.

The Motion for Summary Judgment filed by Defendant Friedman (Docket #195) is GRANTED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 19, 2010