UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


NORMAN LAURENCE, JR.

v.  CA 08-109 ML

A.T. WALL, et al.


MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation (Docket #223) issued by Magistrate Judge Hagopian on September 30, 2010. Plaintiff filed a timely objection. Having reviewed the Report and Recommendation and Plaintiff's objection, the Court adopts the Report and Recommendation in its entirety. The Motion to Dismiss (Docket #176) is hereby GRANTED.


SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
December 7 , 2010