UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.  CA 08-109 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on January 11, 2011. This Court has reviewed the Report and Recommendation and finds that Magistrate Judge Hagopian correctly applied the law to the facts. The Court, therefore, adopts the Report and Recommendation.

Plaintiff's Motions for Summary Judgment (Docket #199, #208, and #209) are DENIED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
February /0 , 2011