UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

v.  CA 08-109 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on Plaintiff's objections to two Reports and Recommendations issued by Magistrate Judge Hagopian on February 10, 2011 (Docket #234 and #235). In each instance, Plaintiff has simply filed a pro forma objection with no developed argument. Further, Plaintiff's filings lack any specificity as to what findings or conclusions Plaintiff seeks to challenge on review by this Court. Accordingly, this Court finds that Plaintiff has waived his right to review by the District Court and the Court of Appeals. United States v. Valencia-Copete, 792 F.2d 4,6 (1st Cir. 1986)(per curiam).

This Court adopts the Reports and Recommendations in their entirety. The Motion for Summary Judgment as to the twenty-two defendants listed in Docket #234 is GRANTED. Plaintiff's claims as to the ten remaining defendants listed in Docket #235 are DISMISSED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 3, 2011