UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NORMAN LAURENCE

v.                                                              CA 08-109 ML

A.T. WALL, et al.

ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Almond on April 5, 2011 (Docket #249). The Court has reviewed the Report and Recommendation and Plaintiff's objection. The Court finds no merit in Plaintiff's arguments. Accordingly, Plaintiff's Motion for Leave to Appeal In Forma Pauperis is DENIED pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 26, 2011